1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2

**FILED**

3  Name  Morris    Leon    E.

4     (Last)      (First)      (Initial)  JUL 1 6 2008

5  Prisoner Number  P54809

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  Institutional Address  Folsom, California State Prison (PR)

7  Represa, CA 95671-0066

8  ================================================

9  UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10  Leon Eugene Morris

**CV 08 3435**

11  (Enter the full name of plaintiff in this action.)

12  Fmc. Dir. J. Woodford, Vs. Dir, Rod Hickman, Chief  )  Case No. _____
Appeals Coor. N. Grannis, Warden M.J. Evans,  )  (To be provided by the clerk of court)

13  Ass. Warden J. Allison, Capt & Lewis, Lts. J.D.  )

14  Capt. Ponder, Lt Culpepp, Lt. Walker,  )  COMPLAINT UNDER THE
Bennett, G. Biaggini, Hughes, Rankin, Bocello,  )  CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

15  To Be Named, Sgt. L. Washington, Gccenwall  )

16  Gangmembers Sgts. Sotelo, Petersen, Mazo, J  )
(Enter the full name of the defendant(s) in this action)

17  Perez, Kissler, Ippolito, Locke, Begley, Duice  )
Rogut, Mercado, McBride, Wright, Sanchez, et al  )

18  [All questions on this complaint form must be answered in order for your action to proceed..]

19  I.  Exhaustion of Administrative Remedies

20  [**Note:** You must exhaust your administrative remedies before your claim can go

21  forward. The court will dismiss any unexhausted claims]

22    A.  Place of present confinement  Folsom, Cal. State Prison

23    B.  Is there a grievance procedure in this institution?

24          YES (X)    NO ( )

25    C.  Did you present the facts in your complaint for review through the grievance

26       procedure?

27          YES(X)    NO ( )

28    D.  If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT        - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3  1. Informal appeal *All my 602's were screened-out or thrown out*
4  *by appeals coordinators Variz, Luman III, Medina. Re-submitted*
5  *and sent back a 2nd time, then screened-out and cancel* 2. First
6  formal level *by appeals coord. Luman III, Medine, Variz. Some dis-*
7  *appeared, when plaintiff wrote requesting info. on there*
8  *where abouts, was told, they had no knowledge of the 602's or*
9  3. Second formal level *request was ignored. Sent back 602's a 2nd*
10  *time, same results. Some a 3rd time, same results, only this*
11  *time, I keep duplicate copies and "all" their screened-* 4 Third
12  formal level *out 602's. As well as letters to Director, Warden*
13  *Chief Appeals Coordinator in Sacramento.*
14
15  E.  Is the last level to which you appealed the highest level of appeal available to
16  you?
17       YES (✓)   NO ( )
18  F.  If you did not present your claim for review through the grievance procedure,
19  explain why.
20
21
22  II.  Parties
23  A.  Write your name and your present address. Do the same for additional plaintiffs,
24  if any.
25  *Leon Eugene Morris: Folsom, California State Prison, Box 29,*
26  *Represa, CA 95671-0066*
27
28  B.  Write the full name of each defendant, his or her official position, and his or her
*Fmr. Dir. Leanne S. Woodford, Rodney Hickman, Chief Appeals Coordinator N.*
*Grannis, C.D.C.R. Sec. J.S. V.S.P. Wardin, N.S. Evans, A.L. Allisone C.D.O.*
COMPLAINT *Travers, Capt. G.Lewis, Rankin, Ponder, Krs, Shelby, Walker, Caplan, Biaggini, Bennett, Kessler, Hughes, - 2-Celaya, Bocillo, Ko Que, Sgt. Soto, Lt. Petersen, Washington, Ippolito, Mercado, Manzo, Nava, Wright, Sullivan, Begley, McBride, K. Traynham, C. Jones, Locke, Luna, J. Perezy Sanchez, Dulce, Greenwall Gang members guards, Ct. I De Jesey, J. Spauldmen, R. Lopez T. Bryant, R. Sanchez, L. Ricol F. Abozi, Goodah J. Gelaya (CF), J. Rowe*
2006 Supp. App. 15 A p. 29

1  place of employment E. Durham, T. Tran, J. Rodrigue s+E on C-Yard,
2  J. Gonzalez, D. Beatty, J. Caropresso, B. Powell, T. Ei Miller, A. Vasquz, B.
   Toby, Glenn R. Corrubias, A. Meyers, V. Franco, T. Rincon, E. Tankersley, Byus
3  A. Obrusnik, T. Rodriguz, Mendez, Reamer (F) Duke II, R. S. Meyers, R.
   Diaz, C. Salope, D. Aldana, Cox, Villalobos(F), J. Picasso, K. Porcello, D. Rocha,
4  K. Machuca Sr. Espucha, E. Bendir, C. Morgan, J. Martinez, N. Mendez, Claro,
   K. Grande, G. Bailey, C. Wilson, C. Tschabold, K. Ornelas, P. Rivera, M. Zornes,
5  C. Searby, K. Chavez, J. Santiago in Hood, T. Ortega Burke, J. Mercado, M. Lopez, J. Mays
   T. Robinson(F), M. Ortiz, M. Torres, M. Garcia, J. Espey, D. Ponce, A. Byrd,
6  D. Crawford, A. Fernandez, J. Hicks (F), J. Brewer, R. Pastor, D. Smith, J. Mezing
   J. Szturowski, L.T.A.'s McDonald, Powell, Drs. J. Scarapozzino, III. Sid Ra,
7  Statement of Claim  C. D. Lee, Grillo, Gange, Nichols, Nguyen, R. Bowman, Nurses Delt, Feliy, Wilke
   V. Intern C. Furtado, Grauno, Younes

8      State here as briefly as possible the facts of your case. Be sure to describe how each

9  defendant is involved and to include dates, when possible. Do not give any legal arguments or

10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11 separate numbered paragraph.

12 In March 05, I left this gulag for surgery. When I returned four (4) days

13 later, my property had been confiscated by greenwall gang member guard

14 D. Smith. Who discarded plaintiff's Holy Quran, stating it had ad. seg. writ-

15 ten on it, so it did not belong to me. I requested property guard (now

16 Sgt.) Mercado to give me my personal study Holy Quran out of my

17 property. I'm allowed items out of my property. She said, she

18 would, then after her nefarious greenwall gang member co-horts

19 told her not to, and she suddenly changed her mind. She stated

20 once, Morris I haven't decided if I want to give you

21 your Holy Quran, denying plaintiff his right to study and

22 practice his religion.

23 _____

24 _____

25 IV.    Relief

26     Your complaint cannot go forward unless you request specific relief. State briefly exactly

27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28 Plaintiff request this matter be set for a jury trial. In

COMPLAINT                          - 3 -

In November of 2004; during one of the numerous searches that were utilized to persecute, oppress, harrass, intimidate and retaliate against this plaintiff, nefarious greenwall gang member guard G. Bailey was seen throwing in the trash my Islamic Religious Material plaintiff used to study The essence of Khoosun, Hadith, Taqwa prayers. that is reported that Prophet Muhammad use to say and had special blessings them. Then in June of 2005; during another of said searches nefarious greenwall gangmember guard T. Robinson took off plaintiff's wall by the steel bed, Islamic etiquette and Arabic words and phrases for performing Salat (Prayer). Thus, depriving plaintiff of his constitutional right to practice his religion. under 42 U.S.C. § 2000; RLUIPA claim.

## #3

Plaintiff was placed in ad.seg / the hole on June 8, 2004; on the alleged charge of battery on staff with a D.A. referral. A person has a right to refuse a cell in ad.seg / the hole. That fact is ignored and disregarded by these nefarious, over-paid, prevaricating, mischief making greenwall gangmember guards and these greenwall supporting administrators. For exercising that right and my charge plaintiff has been persecuted, oppressed, abused, maltreated, denied medical treatment, medical treatment interferred with access to the court interferred with, retaliated against and tortured. On October 12, 2004 plaintiff's cage was ramshacked by greenwall gang member guard P. Rivera, ramshacked again in November 2004, on two occasions one by greenwall gangmember guard C. Tschebold and the other by greenwall G. Bailey. The cage was ramshacked twice in December 2004; by g.g.g. C. Tschebold on 12/21/04 and 12/24/04 by a.a.g. L. Ornelas. Twice in February, I believe on 2/9/05 by g.g.g G. Bailey and on Feb. 16, 2005; by g.g.g.'s G. Bailey and C. Tschebold. In November 2004; g.g.g. G. Bailey was heard telling another prisoner, that he only searches the cell of those on his radar screen. It's a known fact that plaintiff does not smoke, drink, make wine or have contraband. On Feb. 16, 2005; plaintiff leave me alone get out of my head was taken to Lt. Biaggini's office. When plaintiff arrived g.g.g Lt. Biaggini stated, Morris I'm moving you in with (I forgot the name

I said no you're not. I'm not taking a cellie and I'm not signing a marriage chrono (a form that both prisoners sign agreeing to be in the cage together and relieving the california department of corrections (criminals and rehabilitation) reprobates of responsibility and liability should someone be injured or killed, if that chrono is not signed, you can't be cellies.). He proceeded quote: go tear up his cell to g.g.g. C. Tschabold, who was standing there. Plaintiff was moved to the hole in D-8 on June 2, 2005. Plaintiff's cage was ramshacked twice in June 2005 by g.g.g. T. Robinson and M. Torres. Twice in July by T. Robinson. Plaintiff began a protest hungar strike on Aug. 1, 2005. Under the guise of looking for food, plaintiff's cage was ramshacked on Aug. 4, 9, 10, 12, 15, 17, 19, 22 and 25 by g.g.g. Even though there was no canteen because of the lock-down. In Sept. on the 1st by g.g.g. T. Robinson on the 8th by T. Robinson and the 16th by g.g.g. M. Torres, T. Robinson, J. Tajar, do on 8/22 None of the searches were conducted for the purpose of any penological objectives or interest in mind. They were done for the sole purpose to retaliate, persecute, oppress, abuse, intimidate and harrass me. It's cruel and unusual punishment to retaliate, persecute, oppress, abuse, harrass and intimidate me and a violation of my constitutional right to be free of such action.

## CLAIM 4

Taking a cellie is not mandatory in the hole (ad. seg.) I have a right to refuse a cellie. I know this to be an absolute fact, while was confirmed in April 2005; when I went to I.C.C., when CC. I.T Williams stated, quote; Morris you have a right to refuse a cellie. However, notwithstanding that right, I was given a RVR 115 (rules violation report) on June 8, 2004 for refusing a cellie by g.g.g. J. Hicks (CF); on Sept 15, 2004 by g.g.g. P. Rivera, in Oct. by g.g.g. A. Obrusnik, on Feb. 16, 2005 by g.g.g. C. Tschabold, on June 13, 2005 by g.g.g. J. Brauen and on Jan. 1, 2006 by J. Fairardo at the order of Sgt. Peterson. These repeated R.V.R's 115an designed to persecute, oppress, abuse, intimidate, retaliate and coerce me into doing what I have a right not to do. Warden Evans has an illegal policy of retaliation against those who exercise their right not to take a cellie in ad. seg. the hole. This illegal policy is supported and maintained by Capt. G. Lewis and

D.A. Traver, Lts. Rankin, Biaggini, Hughes, Bennett, Sgts. Washington, Ippolito, Kessler, and Petersen. On 1/17/06, I asked g.g.g. R. Lopez was I being singled out or is it normal policy for a person to be given a 115 for exercising their right to refuse a cellie in a d.seg. / the hole. Said he, you're not being singled out, 10-15 people got 115's, yea its normal policy. The warden is responsible for all policies, written or unwritten. These malicious acts are cruel and unusual punishment and a direct violation of my constitutional right to be free of such punishment. stop it please leave me be I can't concentrate. you see I trying write the judge ok no Sgt. Trayham gave me a 115 in retaliation for me exercising my right not to take a cellie.

## CLAIM 5

On Nov. 3, 2004; g.g.g. Lt. Rankin heard a RVR 115 that was falsified by two other g.g.q's. I was not allowed to call any witnesses, question my accuser, present any evidence, not allowed to do any thing to refute the false charge. He said, you can't have an I.E. (investigative employee) he works for me and I don't want you to have one. I'm gonna believe what my people wrote. In Oct. 04; I was brought before g.g.g. Lt. Hughes, for a 115 hearing. Lt. Hughes refused to allow me to call any witnesses, question my accuser. Stating, you can't have any witnesses. On April 29, 2005; greenwall gang member guard R. Chavez was assigned as my I.E. I plaintiff gave a statement, the name of two witnesses, and a few questions to ask them. I wanted him to ask the two witnesses. On May 3, 2005; a.g.q. R. Chavez interviewed the two witnesses. When I got the typed up copy of the report, I noticed that witness Flores answer was not truthful. When I asked, Flores about it, he stated, that is not what he had stated to g.g.g. R. Chavez had changed his answer and falsified his report for my 115 hearing. Witness Flores has given a declaration stating, g.g.g changed his answer and falsified his report. On June 11, 2005; g.g.g. A. Fernandez was assigned as my I.E. on a 115. I told g.g.g. Fernandez that I wanted to ask my accuser some questions, contact cc/I Williams for one question, make a statement myself and provide me with a copy of the following documents: #42 (3.3) operational procedures, double celling policy from C.D.C. in Sac. for ad.seg. /the hole, marriage chrono. Afterwards, Fernandez looked at me plaintiff and said I be right back. He never returned. The next day I asked him why he

returned to complete the I.E. job, that I had not give my statement nor the questions I wanted him to ask CC II Williams and my accuser. He said, I told Sgt. Kessler what you wanted and he said, (Kessler) not to go back. I said, so you and greenwall Kessler are going to blatantly violate my due process rights. He simply shrugged his shoulders. On Aug. 4, 2005, D.A. Travers and Lt. J.J. Hughes gave me still term for battery on a peace office/g.g. prison guard, when the 115 the 115 had not even been heard yet. On Aug. 23, 05', a.a.q. Lt.J.D. found me guilty of the 115 for battery on a peace office/g.g. prison guard, without the having an I.E before hand, a mental health assessment, and when the court dismissed the charge, For In The Interest Of Justice. I was innocent from the beginning and they found out. The chief disciplinary officer ordered a reissue, rehearing saying due process rights were violation. But, before that Capt. G. Lewis okied it. In each of the above cases, plaintiff's right to due process were knowing, intentionally and blatantly violated. And when g.g. C. Jones gave me the 115 written by g.g.g. J. Fajardo, he refuse to give me an I.E. stating I don't want you to have one. How he do that, he don't have the authority to deny me an I.E. They do whatever they want and nobody say nothing.

## CLAIM 6

Plaintiff is a participant in the Mental Health Delivery System. here at this gulag: Salinas Valley State Prison. On June 6, 2004, I was in the dining hall for the evening meal. While patients were leaving the dining area returning to their own cages, I witnessed two greenwall gangmember guards, R. Pastor and another use brutal and unnecessary force cutting up a patient for going in the garbage and taking out a piece of chicken. A few minutes later when I was walking toward the exit, g.g.g. R. Pastor stated to me, quote: what the "F" you looking at. I made no reply. Again g.g.g. R. Pastor stated, what the "F" you looking at, I kept walking toward the exit and gave no reply. As I was about to walk through the exit, g.g.g. R. Pastor, started to walk toward me and stated, don't look at me M.F. "As I went into the rotunda outside the dining hall, I stopped and turned around to face g.g.g. Pastor. As he walked toward me and said I don't cuss at me, I haven't said anything to you and I haven't cussed you. these are my eyes and I can look whenever I like. At that moment, Sgt. Hubbard entered the rotunda from outside and Pastor said, I didn't cuss you and keep walking. I said, you did

III F   Statement of facts

cuss me and I'm moving. I turned to look toward Sgt. Hubbard and began to walk toward and through the doorway of the area where the cage that was was kept in is located. At that moment, without provocation, warning or instructions to prone-out or cuff up, absolutely nothing, g.g.g.R. Pastor grabbed me by my injured right arm and violently snatched me back into the rotunda. I turned to look at the sgt at that point the alarm went off, some-one then jumbed on my back and again grabbed my injured right arm and started pulling on it. I felt forward screaming in pain and agony, my arm, my arm. I on the ground face down and g.g.g. Sztukowiski, has his Knee in the back of my neck, crushing my face on the concrete floor, breaking my glasses and causing injury to the C-7 section and ascerbating the C-6 section of my cervical vertabre. Causing me near constant excruciating and debilitating pain to the back of my neck & shoulder shoulder blade, arm. Then g.g.g.R. Pastor files a falsified report, alleging I committed a battery on him, to increase the knowingly false statistics of assaults on g.g.g., for their corrupt enforcer union to use and have plaintiff charged with felony battery. I was thrown in the hole where I have been and continue to be persecuted, oppressed, abused, maltreated retaliated against and tortured. My criminal attorney made the D.A. aware of Sgt. Hubbards report nearly a year later and Sgt. Hubbard, was interviewed. The D.A. dismissed the charge in the interest of justice. On July 19, 2005, g.g.g. Sgt. Sotelo, told his greenwall staff to pull every one out and let them shave with the clippers, since this gulag was lockdown. When a g.g.g. was about to put me in the triangle to use a decent functioning clippers, g.g.g. T. Robinson (F) stopped him and said, no wait I bring him (me) over here. I was then put in a small cage in the rotunda. At that point g.g.g. T. Robinson handed me a black clipper, stated, here these don't cut black hair very good but, they do nick and cut your head and face then walked away with a smirk on her face. I have a medical condition that g.g.g. T. Robinson Knows about and Knew I would have to try and use those clippers. When g.g.g.T. Robinson returned, to escort me back to the cage I'm kept in, she openingly inspected the painful cuts and bleeding on my face and head, smiling approvingly at the unnecessary wanton infliction of pain she had caused me. Then on Aug. 1, 2005. I began a hunger strike in protest of the maltreatment. On Aug. 4, 2005. nine (9) days into my hunger strike and the loss of 13 lbs. g.g.g. T. Robinson maliciously bobbie trapped the outside of the cage that I'm Kept in. By placing

a nearly half inch thick industrial shower mat down. Knowing in advance that I must back out blindly in cuffs and potential is great for me to trip and fall backwards and sustaining great bodily injury. Shortly thereafter on one or two occasions that Sgt. Petersen has done his job and come up on the tier, I stopped him and said, excuse me sir could you tell me why this mat was placed in front of this cage by your staff. He replied, do you want the truth. I said yes if you believe you're able to tell me the truth. He said, truthfully I don't know. I said, well since you're the sgt. I trust that you'll have it removed. He did not. The next day forgetting that it was there and g.g.g.'s A. Fernandez and J. Brewer not saying anything whatsoever about it judge I got to stop and hide they starting to come through and try and get my soul. these demons never let me rest being there. I tripped while backing out, both g.g.g. let go of me as I fell backwards in waist chains, unable to break my fall and hurt my lower back seriously and had to be take by ambulance to the emergency room. I was treated, gave a shot pain medication and scheduled for a M.R.I. I still awaiting the M.R.I. When I fell, the noise of my screams brought g.g.g. Sgt. Kessler and all of his staff to the scene. No one removed the mat. It was said, the mat was there to prevent me from fishing in food at the bottom of the cage door. The same was said, to try and justify the repeated ramshacking of the cage I occupied. If that were true, why was it not put down until nine (9) days after I began my protest hungar strike and had lost 13 lbs., why did it remain there nine (9) days after I ended hungar strike. And why was it not placed in front of one of the four cages who occupants began a protest hungar strike the day I ended. Days later I over-heard g.g.g. Chavez tell g.g. J. Brewer, third watch should remove that mat. All of these g.g.g.'s are responsible. Sgts. Petersen, Kessler, Locke, guards T. Robinson, S. Espey, M. Garcia, J. Fajardo, M. Torres, M. Ortiz, J. Brewer, A. Fernandez, Chavez, M. Zornis, O. Ponce, R. Lopez, E. Sanchez (now sgt.) T. Mays and Phillips. On Feb-16, 2005, while I was in a 2x2½ ft cage in the rotunda with two (2) other pts. in other cages, g.g.g.'s L. Ornelas and C. Tschabold with G. Bailey in tow, approached I and g.g.g. L. Ornelas stated in a loud voice, Morris why are you in prison. I did not respond. Then g.g.g.'s L. Ornelas, and C. Tschabold came and stood in front of the cage I occupied and again stated in a loud voice, Morris why are you in prison. I then responded in a low voice, I was framed for a 187 and The Ass. In Defense Of The Wrongfully Convicted are studying my case right now and considering helping me prove my innocence. They responded, we read your C file and you killed such-a-such in

III H   Statement of Facts

a loud voice and continue to do it. B-pod door was open and L. Oroles
went and got a chair and sat in front of B-pod door and he g.g.g's
C. Tschabold and G. Bailey continued to talk in a loud voice. Morris you
Killed so-n-so, so everyone could hear them, the two pts. in the other
cages as well as the people in B-pod. These notarious g.g.g's L. Oroles,
C. Tschabold and G. Bailey were surrepticiously putting sensitive info.
in my C-file out, with the intention of getting me Killed or seriously
hurt. On Sept. 8, 2005, while feeding g.g.g S. Espey got angry
with me who was showing him the menu. Explaining what the
menu indicated what I should have. He suddenly started scream-
ing and cussing. He snatched the menu from my hand, balled it
up and threw it through the food-port, hitting plaintiff, grabbed
the peanut butter package and hurled it with such violent
force at me, that when the edge hit me it gave me an inch
laceration on my ® upper thigh. Which bled a significant amt.
On Oct. 23, 2005, g. gg. T. Tran brought me my tray without the
A.E. (alternative intree) I get a religious diet and the g.g.g.
never what to give me want the menu say I suppose to have.
I said, where is my peanut butter he said, get it from your floor
staff, I said, you're serving me you know what I suppose to
have where is it. All the time I holding the tray in the food port
so he can't close it. If a pt. holds the food port hostage, then can
spray you to make you step away and let it close. So g.g.g. calls for
g.g.g Sgt. Peterson, comes running in the pod with his spray out be-
hind his back. Instead of finding out what the problem is, he
says, 1, 2 and starts to spray me through the food port. He hits
waist and groin, I step away from the food port and move to the
left of the door. He suppose to stop right then, I away from the
food port. He don't stop, he sticks his hand through the food port
and continues to spray me in my face, nose, mouth, eyes, all over
I turn around and he keeps spraying me all in the back of my
totally saturating and torturing me with O.C. pepper spray. Then
slams the food port, leaving in this cage burning with pepper
spray for 45 min. before calling a nurse. Two hrs. later Lt.
Walker comes. I tell him what happened, and I need fresh air
and a shower. To decontaminate, that my nuts and whole
body is on fire. He said, wash in the sink and sit on the toilet and
splash toilet water on my nuts. He eventually made them Peterson
put me in the shower, I never got anything to decom. the cage and
ears echoed and burned for two months after. All these g.g.g's
have used unnecessary excessive force, with the wanton in-
tention of pain and other forms of cruel and unusual punish-
ment in violation of my right to be free of that.

COMPLAINT                    -3H-

CLAIM 7

On Sept. 20, 2004; I was escorted by g.g.g. G. Bailey for a Dr. appt. He and I argued about the way he had cuffed me, due to the pain in my ℗ arm, shoulder, shoulder blade and neck. I seen Dr. Isaaic Grillo about my cuff chrono migraines foot cream and A+D ointment. I do not have high pressure nor suffer from seizures. Several days later, I got medication for high blood pressure, a three month pre-scription at 120 capsules a month for a total of 360 capsules of and some seizure medication. When I got them I asked the M.T.A. about it and was told, just take them, the Dr. prescribed them for you. At the urging of these g.g.g.s. I firmly believe Dr. Isaaic Grillo was surreptciously trying to Kill me or hurt me. And contrary to what may be thought, it is not absurb or far-fetched when viewed in the context of the absolute power these g.g.g.s. yeild And the irrefutable fact that they often have pts and prisoners hit by other pts. and prisoners. Such action is cruel and unusual punishment and a violation of my constitutional rights.

CLAIM 8

In Nov. 04, while g.g.g. H. Bailby was ramshacking the cage I occu-pied, he without authorization went through my legal material and stole evidence to be used in these proceedings. The declaration of the person who had witnessed him (g.g.g. G. Bailby) throwing my religious material in the and the 360 capsules that were clearly marked with the word EVIDENCE. Then he took the witness down to the cages in the rotunda, showed him the declaration and threaten him. On Feb. 16, 2005; g.g.gs. G. Bailey and C. Tschabold were again ramshacking the cage I was kept in. Again without aathorization or justification went through my legal material and stole evidence for court. This time it was my February calendar that I was using to write down the atrocities that were being committed against me and other mental patients by these greenwall gang member guards. I have calendars from June 04 to present, marked with the atrocities committed by these g.g.gs. On Aug. 22, 2005; g.g.gs. T. Robinson and J. Fajardo ramshacked the cage I kept in and without authorization and justification and over my protest and Knowing they were wrong, removed all of my legal material from the cage. When I informed Sgt. J. Perez he stated, so what my peo-ple can do what the "F" they want. Then g.g.gs. T. Robinson, J. Fajardo, S. Espey, D. Perez and in the sight of Sgt. J. Perez went through my legal material and stole several pieces of evidence I intended to use as evidence in these proceedings. The calendars for June, July and Aug. 05; declarations, letters to the chief appeals coordinator in Sac Coopies copies of 602's against the mse hues, appeals coordinator Variz, medical emergency appital, letter to Warden Evans and carbon paper Copy of my pascriptions from Sept. 04 - Dec. 04, envelopes clearly

III J.   Statement of Facts

marked LEGAL MATERIAL. My legal material was stolen/taken without justification, authorization or any form of procedural due process, with the blatant and malicious intent of impinging and interferring with my access to the courts in violation of my rights.

### CLAIM 9

On Nov. 8 or 9, 2004, when I returned from court my nieghbor told me I had some mail. At around 5a.m. I asked a g.g. if I had any mail and told him my name. He said, yeah I'll get it to you. At 9:30p.m. when g.g. C. Searby had locked the master lock for all the cages and was walking way, I called out to him and he stopped in front of my nieghbors cage. I stated, where's my mail and food, he stated and my neighbor heard him, I've got it in the office then walked away. At approx. 10:30p.m. when the shift changed and g.g. T. Ortega was counting, I asked and said, Searby said my mail and food is in the office, or you going to bring it to me? G.g. T. Ortega said, no talk to Searby who had gone home. I never got my mail or food. In Dec. 04, when g.g. D. Smith was picking up the mail, I noticed that he grabbed my mail, stepped in front of my neighbors cage and started to write on my envelope. I stepped stepped stepped step step step step step step step step step step step step step to the cage door and ask him what he was writing on my envelope. He stated, your cell number. I asked why, he stated, if you send out dangerous contraband they'll know where it came from. I said, Smith you're a liar, you're writing my cage number for quick and easy identification to target me and take my mail. He again lied saying, no I'm not the Title 15 says to do it. No such thing is in the Title 15. In mid April 2005, I got a very important letter from the Association In Defence Of The Wrongfully Convicted along with a menu from this gulag. When I took the letter out I noticed it had been written in Feb. 05. I checked the post mark on the envelope which was late Feb. I checked the menu and it went into effect on the 7th, all menus start on a monday and people get them on the thurs. or fri before monday. I checked my calendar and discovered that the only monday the 7th was March and Nov. Which that without a doubt or contradiction that important letter and menu had arrived at the building on the 3rd wdm of March and that those notarious g.g.gs. Rocha, P. Ortega, Picazzo, Barko, Sotolo (nour Sgt. Sotolo) R. Machuca Jr. Aldana, Espucha, Reyes (short male) D. Perez and R. Porcello had held my mail and menu in their office for six (6) wks. There is absolutely no way in their small office they all didn't know my mail was being held illegally. M. Lopez was working there also. In late January 05, was performing my sunset prayer when g.g.g. L. Ornelas and R. Machuca Jr. came by with the mail and called my name. Being in the midst of prayer I didn't respond, both g.g.gs. seen me praying. It is a common practice for guards to toss mail in the cage through the side of the door. On this occasion g.g.g. R. Machuca Jr. stated "F" the M.F and they both walked away and I didn't my mail. I wrote my brother in

III K   Statement of facts

March, April and twice in May 05. And I have not heard anything and we're favorites and always keep in touch. There's no doubt in my mind whatsoever that these g.g.g. R. Chavez, C. Searby, Hood, Santiago D. Smith, J. Espey, T. Robinson and M. Ortiz was not and is not letting my mail out or his in. I April 05 I asked g.g.g. R. Chavez why do they continue to re-open and read my mail, that the Title 15 and the operational procedure for ad. seg. the hob. says that the job of the mail room. He said, shut the "F" up I can do whatever the "F" I want. I said, wait a minute do not cuss me. I have not cussed you. That g.g.g. R. Chavez shouted "F" you "M. F" I can cuss you where ever I want. I was moved to the hole in building 8 on June 2, 2005. On Sept. 28, 2005; I got a large envelope from the U.S. House of Representatives, containing The Federal Rules of Civil Procedure, The Federal Rules of Criminal Procedure and The Federal Rules of Evidence, which is LEGAL MAIL and is not to be opened outside addressee presence. However. g.g.gs. T. Robinson. S. Espey, M. Torres and M. Ortiz opened the envelope and took out, kept or disposed of my Federal Rules of Civil Procedure. They missed the small note from Congressman Sam Farr, thanking me for making the inquiries and he had sent me everything I had inquired about and I asked for all three. On July 22, 05; g.g.gs. J. Fajardo, A. Byrd, M. Garcia, M. Ortiz. Sgt. Sotelo threw my mail away. On Dec. 20, 05; g.g.g. J. Espey approached the cage I occupy and began violently kicking the door and shouting Morris get your "Fing" mail. When he noticed me praying, he lost all control and changed into his true demon self, began kicking more violently and shouted "What Are You Doing PRAYING TO YOUR GODS, To Get You Out Of Prison M.F." Keep Praying, You're Not Getting Your "Fing" Mail. Then left. I told g.g.g. J. Martinez and he did nothing and he threw my mail away. On Nov. 6, 21, 28, and 30th 05; I sent out LEGAL MAIL, to the Federal Court in S.F., my brothers attorney in Kansas City, Mo, and the Ass. In Defence Of The Wrongfully Convicted. Greenwall g.gs. C. Jones, J. Fajardo, R. Sanchez and Sgt. Petersen re-opened the envelopes in their office. I watch Arubias in Tower above them, watch them do it. He's kept silent. I believe they stole some of my court documents. On Dec. 11, 05; I sent fourteen (14) copies of my confidential mental health records to the Federal Court, in S.F. These same nefarious; g.g.gs. C. Jones, R. Sanchez, J. Fajardo, Arrubias and Sgt. Petersen conspired and colluded, they stole my legal mail with confidential mental health records from this S.V.S.P. gulag, took it some where, then stole all or most of my confidential mental health records, then mail whatever they put back to the Fed. Ct. in S.F. They're not suppose to touch these records without my permission, let alone steal them and my mail. The mailroom sent me a copy of my out-going legal mail log, that envelope is not listed, which means it was mail outside this gulag. The court clerk

COMPLAINT                    -3K-

sent me a copy of the print out, listing everything the court got from me and how many. The court got only three (3) of something it mailed out fourteen (14) copies of my confidential mental health records. They've committed two (2) federal crimes and I want to press charges. On Jan.12,'06; g.g. M. Ortiz was heard saying Morris is trying to get paid. Which means they've re-opened my out going LEGAL MAIL and seen I was suing for money damages. On Jan.27,'06 while giving me my meds L.V.N. Stewart said, I heard you're on a hunger strike, they said, (g g gs. J. Fajardo, R. Sanchez, M. Ortiz, M. Torris, Sgt. Peterson) you want money. Again proof they re-open my out going LEGAL MAIL. On Jan.24,'06; g.g.g. M. Ortiz was heard saying Morris is on 602 restriction (a guard can't put anybody on 602 restriction) which means they is reading and throwing my non-legal mail away Ex. I wrote the S.F. Bayview and asked to be sent copies of their free news-paper. I ain't got nothing and that was in Dec. On 1/16/06 ggg picked up my mail and threw it away. The library request has not been answered. On 1/23/06; I saw g.g.g. J. Espey throw two (2) pieces of mail in the wastepaper basket (beige) envelopes just like the one my brother use.

## CLAIM 10

On many many occasions at the end of March and throughout the month of April and May. 05; g g gs. C. Searby, R. Chavez, M. Lopez, Santiago, R. Machuca Jr. and K. Orneles refuse to let me shower or give me soap to wash up in the sink. On Nov. 3 or 9,04; g.g. gs. C. Searby and T. Ortega refuse to give me my food. In late Dec.04; g.g.g. C. Wilson gave me my lunch with only a completely rotten pear. I showed it to Lt. Muniz and then Sgt. Bocello, who did nothing but made excuses for him. Later, that day Lt. Muniz gave me a lunch while I was in a mental health group. Throughout late Dec.04 - mid Feb.05; g.g.gs. on 2nd watch and 3rd watch would not give me any food, C. Wilson, G. Bailey, P. Rivera, K. Orneles, C. Tschabold, M. Lopez, R. Porcello, Espucha, R. Machuca Jr. Villalobas (F), R. Chavez, C. Searby, Santiago, Sgt Bocello, Sgt. Wright. On one occasion I told R. Porcello, I get the reliqious breakfast, he locked the food port indicating that I had been fed, Villalobas (F) did the same thing. On another time, the tower guard should di don't forget Morris in 222, knowing that he wasn't gonna to and wanna to prevent any anyone else for doing it. g.g. C. Tschabold shouted I got it In mid-Nov.04; T. Rodriquez, Clark, R. Grande, D. Smith did not feed me. When R. Grande was picking up the trays, my neighbor stated: Grande Morris didn't get a tray. Grande said, I was with the nurse, that was Clark and them, as if he had been told not to feed me. I saw um abruptly sit his trays down and go to the nurse. My food was sometimes tampered with. I have saved: hair, a stapler sharp wood clips and some other hard foreign material I took out of my food. I became afraid and would eat only pre-sealed items, nothing else. I rarely got a complete lunch. On May 18,05; when I returned from court there was a lunch

III M   Statement of Facts

in the cage I was kept in. When I opened the bag, it had two (2) slices
of fake cheese and four (4) slices of green molded bread. Which I ask
my neighbor who put the lunch in the cage, he said, Wilson. It is common for
the mental pts. not to get food as a form of punishment and/or control. I
remember in July or Aug. 04, g.g.gs. L. Orneles and C. Tschabold opened
my neighbors food slot and g.g.g. L. Orneles threw his food tray in on the
floor and said, there's your breakfast "M.F."; in Sept. 04, g.g.gs. G.
Bailey and C. Wilson refused to give pt. Cervantes 227 any breakfast or
sack lunch. Convincing him it was his fault because he was making noise.
Lots of times in June - Sept. 04, g.g.gs. P. Rivera, G. Bailey, C. Wilson, L.
Orneles, C. Tschabold would not give pt. Bull 129 his complete breakfast,
saying they dropped it. In Jan. or Feb. 05, I watched L. Orneles open
the food port for pt. Hawkins 115, and C. Wilson hurl his food in on the floor
while g.g.gs. G. Bailey, R. Machuca Jr., R. Porcello, P. Rivera, Ippolito (now Sgt.)
and Sgt. Bocello (now Lt.) look on and do absolutely nothing but laugh.
The morning after I was assaulted by g.g.g. R. Pastor and others g.g.g. Cox
refused to give me any breakfast or a sack lunch, stating Morris you
don't deserve to eat, that was June 9, 2004. I was moved to the hole
in building 8 on June 2, 05; I was not given any breakfast on
July 22, 05, by E. Sanchez (now Sgt.) I. Saldivar, J. Moore, by D.
Crawford on 7/15 + 29/05 and cussed out because I requested my
religious diet. Also on 10/3/05, but later g.g.g. T. Mays gave me a sack
lunch, M. Zornes also did it once on a Friday and g.g.g. T. Robinson
did it once on 3 watch. I was only given a partial dinner on 10/10,
13/05, 11/2, 3, 4/05, 12/19, 20, 23, 24 25/05; by g.g.gs. Sgt. Petersen,
J. Fajardo, J. Cook, T. Trani, R. Sanchez, C. Jones, M. Torres, M. Ortiz
E. Brown, S. Espey, J. Mercado. On 7/22/05; M. Garcia tried to give
me a tray without my Alternative Entrée, I wouldn't take it, then
J. Fajardo and Sgt. Sotelo come. He said, take the tray and I
bring you A.E. back you have my word. I said, Sotelo as long
I know you, you have been one of the evilest, lyingest g.g.gs in
this gulag. He said, Morris I ain't lying this time, you not gonna
get nothing to eat, they walked away and I saw him throw the
food in the trash. From 11/18 - 12/31/05; I got all my food at dinner
only 19 times by g.g.gs. Sgt. Petersen, Sgt. Locke, Sgt. Beatey, M. Torres, M. Ortiz,
T. Trani, Espey, J. Fajardo, R. Sanchez, E. Brown, C. Jones. On 12/21/05;
M. Ortiz gave me a piece of cheese pizza that was so burned and
charred, I couldn't eat it. On 12/22, 23, 24/05; I got only a partial
breakfast by Sgt. Washington E. Bender, T. Bryant, R. Phillips, Sgt. Sanchez.
On 12/23/05; I tried to explain to g.g.g. T. Bryant what I was suppose
to have, she said, I'm all over, I'like a heart attack. She later sent me
a 2 oz. peanut butter + jelly, no bread, milk, fruit cereal coffee, nothing else.
Throughout Jan. 06; I was only given a partial breakfast or no breakfast
by g.g.gs. C. Ponce, Sgt. Luna, E. Bender, R. Lopez, L. Rico, and Abozi.
Sometimes, I got a sack lunch by O. Ponce. On 1/2/06; Abozi and L.
Rico didn't give me any food. An hour later Sgt. Luna told E. Bender
to call the kitchen and get me a tray. Two hrs. later I called

COMPLAINT                          —3M—

III N.    Statement of facts

E. Bender in the tower and asked him where is my food. He said they talked about it (g.g.gs. Sgt. Luna, L. Rico, O. Ponce, R. Lopez) and told me not to worry about calling the Kitchen. On 11/3/06; I was given no dinner by S. Espey and M. Ortiz. On 10/23/05; after I was excessively sprayed with o.c pepper spray by g.g.g. Sgt. Petersen, he and his greenwall staff T. Tran, J. Fajardo, C. Jones, M. Garcia refused to give me any food. When Lt. Walker come, told him they won't give me no food. He told them to feed me. Two hrs. later, g.g.g. J. Fajardo gave me a sack lunch with (1) 2oz. peanut butter and jelly (5) slices of bread and a rotten apple = bread + water. Throughout the fasting mo. of Ramadan 10/4 - 11/4/05 g.g.gs. S. Espey, M. Ortiz, M. Torres, C. Jones, J. Fajardo maliciously removed food from my sack meal (the food I eat before sunrise) On 10/3/05, Goodal also did not feed me. On Jan. 17. 06; J. Gonzales tried to give me a partial tray. I told would ya'll leave me be get out of my head I trying to do something quit saying that him I was suppose to have beans. He left with the tray. When he come back he laughing and say Espey say here. I took the tray and everything is buried under a pile of beans, cake, fries, salad, buns, Kool-aid, salad dressing everything like slop for a pig. I refuse to give the tray back until I talk to Sgt. Begley. When he come he look at the tray and say I wouldn't eat that either, who did this, I said Espey. He took the tray left, never come back and I never got no dinner. G. g.gs. J. Nithing and D. Nave didn't give me breakfast or lunch several times in Nov. and Dic. 05. To not give and showers, food, tamper with my food, give me rotten and molded food take part of my food because they have the power and do whatever they want ain't right. It's cruel and unusual punishment and a violation of my constitutional rights. Also, given a partial (1) fast by E. Bender, C. Morgan, R. Sanchez, Rowe and Sgt. E. Sanchez. No (1) fast, Cul zes, Toby, C. Morgan, R. Lopez, Glenn, T. Bryant. and cussed out.

## CLAIM II

I have been allowed to suffer unnecessarily this excruciating and debilitating pain in my neck, ® shoulder blade, shoulder and arm since Jan. 03. And waiting to see a neurologist since Aug. 03. My ® arm is totally useless except for writing and eating. I was deliberately and intentionally lied to be Drs. who told me they had nothing to give me to manage and deal with this pain but ibuprofen, tylenol, neurotin and two or three more completely ineffective pills. Then in March 05, I had hernia surgery and was given after surgery medication which provided me relief from the excruciating and debilitating pain, I had needlessly suffered for more than three (3) years. It keeps me awake or wakes me up if I move the wrong way. In March or early April 05; I wrote Dr. Lee, C.M.O. and Director C.T.C. (correctional treatment center) explaining the situation and he sent N.P. Lo Bey and Dr. Naudia who scheduled test and continue the pain management medication. I mid-April 05; I wrote Dr. Lee again, at mail pick-up g.g.q. C. Searby wrote my cage number on the outside of the envulope and cross to Dr. Lee and marked urgent. Greenwall g.g. C. Searby was seen separating my letter in his hand. On those (3) occasions in April and May 05; I was asked by g.g.q. C. Tschabold and

III o    Statement of Facts

C. Wilson if I wanted to go to CTC I said yes, however g.g.g. C. Tschabold and C. Wilson never came back to get me. I started a protest hunger strike on Aug 1,05; medical neglect and deliberate indifference was the issues I spoke with Dr. Lee who promised my medical issues would properly be resolved. I was given pain management medication that was fairly effective. Then on Sept. 2(05; without reason or consultation Dr. Nguyen cut my medication in more than half. On the 28th of Sept. 05; after an argument with R.N. William Delfs discontinued my non-narcotic pain management medication and Dr. Nguyen again without reason or consultation oked it. Again let suffer needlessly this excruciating and debilitating pain. I suffer at this moment and still waiting the neurologist consultation. I had a M.R.I. and E.M.G. but not the neurologist that Dr. Zerok and Bowman order in 03 and 04 I have a skin condition that creates serious medical problems; if I don't shave on a daily basis. On March 30,05, I was given a permanent medical chrono (medical directive) for me to shave daily. I showed my medical chrono to the g.g.g. in the bldg. and g.g.g. R. Machuca Jr. took it and stated he was going to copy it and put it in the file. The following day I see Sgt. L. Washington, while returning from a mental health group Sgt. L. Washington stated that Ass. Warden Allison and Capt. G. Lewis said, I got to go outside in the walk along cages, to use the clippers during yard. I explained to Sgt. Washington that first this is a medical issue, not custody and explained the medical problem and the terrible pain that my face and head experience, when I don't shave daily. He stated, I know about it and understand the problem. I tell him, you know I in the mental health treatment program and must attend groups everyday and can not go outside to the cages. Sgt. Washington said, he'd talk to Capt. Lewis, and get back with me in a couple of days. I remind him that I suffer this pain. A couple of days later Sgt. Washington say okay that I be allowed to shave if his staff got the time, and then he never tell his g.g.gs. to do it, knowing that his g.g.g staff hate me. Besides, following the conditions of any medical chrono is their job and something they do if they got time. Especially when they spend more time doing nothing but robbing and stealing from the state or taunting, persecuting, abusing and torturing mental patients with impunity. Greenwall g.gs. C. Searby, R. Chavez, D. Smith, L. Ornelas. R. Machuca Jr, Santiago, M. Lopez, Hood all completely ignored my medical chrono and medical condition. I told L. Ornelas once that I was in a lot of pain and needed to use the clippers. That g.g.g. L. Ornelas said so what "F" you. Yet, I watched g.g.g. Santiago, M. Lopez, R. Chavez, C. Searby, Hood give the clippers to different pts. in spite of the order that everyone must go outside to the cages to use the clippers. Only Hicks (now Sgt.) would respect and adhere to my medical chrono; when he works or relist on saturday and relieve me of the pain and allow me to use the clippers. Sgts. Washington, Wright (F) and Ippolito let those g.g.gs. do anything they like anything. There was and is no supervision. Everyone does whatever the heck they like. April 05; on a thursday, I returned from court and gave a confidential letter about my medical problem and his g.g.g staff ignoring it to guard Fassbender to give to Capt. G. Lewis, who was in the building for I.C.C. I told her it she could not give it to Capt. Lewis,

III p    Statement of Facts

please, return it to me. Fassbender told g.g.g.L. Ornelas she had it and then
gave the letter to him, who read it, showed it to his g.g.g co-horts, then
threw it away. When I was moved to the hole in building 8, the same
thing happens. Greenwall g.gs. ignored my pain and suffering and
my medical chrono. T. Mays, Sgt. Kessler, Sgt. Roque, Sgt. Petersen,
Sgt. Sotelo, Sgt. Manzo, Sgt. Locke, Sgt. Bagley, O. Ponce, Sgt. Nunez,
P. Robinson, T. Bryant, D. Crawford, R. Lopez, L. Rico, E. Bender, M.
Zornes, J. Brewen, A. Fernandez, J. Maning, M. Ortiz, M. Torres, J. Fajardo,
S. Espey, M. Garcia, R. Phillips, J. Cook, J. Guenet, C. Jones, J. Mercado,
B. Pinneo, D. Blalock. On June 11, 05; Sgt. Hogan told J. Brewen that
I've a legitmate medical chrono to shave daily and to let me use the
clippers, he told M. Torres and Phillips, who pulled me out to use the clipper
My medical chrono was ignored all the following week. On June 4, 05;
I told g.g.g. M. Ortiz of my medical chrono and the terrible pain I
was in, g.g.g. M. Ortiz stated, I know, I understand the pain
you're in, can you wait until tomorrow and I'll give you the
clippers. That g.g.g M. Ortiz was off the next two (2) days and he
knew it when he deliberately lied and said he'd do it the next day. On
June 28, 05; I spoke with g.g.g. T. Mays about my medical chrono he
stated, I feel your pain, there's a white guy in A pod with the same
skin problem. I really understand because I have the same problem,
and the pain is so bad, that it wakes me out of a dead sleep. But,
the A.W. said, you've got to go to the cages. I said, Mays we don't go
to the yard everyday. I then said Mays I'm going to sue you and the
rest for the diliberate indifference I'm being subjected to. Mays said,
go ahead. I gonna say A.W. Allison said not to do it. I said Mays that
might not work. I read a book and seen a movie about a man named Lt.
Calley, who murdered a village of children, women and elderly in Viet
Nam and said his commanding officer, said to do it or ordered him to.
The court said he should have disobeyed because he knew it was wrong.
The same thing applies here, he shrugged, his shoulder and walked away
In June and July 05, R.N. Anderson informed Sgt. Kessler and Capt. G.
of the pain I was suffering and my medical chrono. Finally in his frustr-
ation, R.N. Anderson stated, I've told them repeatedly and they continue
ignore me. In spite of what A.W. Allison stated, me and others see g.g.g. T.
Robinson, M. Torres, and M. Zornes on several occasions, in June 05 and
once in July 05, allow several different people to use the clippers, who
did not suffer a medical issue nor have a medical chrono. Yet my med-
ical condition and medical chrono was and is being blatantly and delib-
erately ignored. This deliberate indifference was also one of the issues
of my past and present hunger strike. At the end of my past hunger
strike, a sign was put on the outside of the cage door I kept in that say:
Morris P54809 Has A Daily Shaving Chrono and 3rd watch staff are to get
the clippers from D-2 for me to shave daily. However, Sgt. Peterson, Sgt. Manzo
and Sgt. Locke, Sgt. Luna, Sgt. Sanchez, T. Robinson, M. Ortiz, M.
Torres, M. Garcia, J. Fajardo, B. Pinneo, D. Blalock, K. Jones, J. Mercado,
O. Ponce, D. Crawford, C. Jones, L. Rico, M. Zornes, T. Bryant, S. Espey, J. Cook,
R. Phillips, E. Bender, J. Maning, A. Fernandez, R. Lopiz still ignore the
sign and when they did adhere to it gave me clippers that don't really
shave but cut me up. The medical chrono was ignored Aug. 27, 28, 30, 31;
Sept. 1, 3, 4, 6, 7, 9, 16 - 14, 17 - 30; Oct. 1, 3, 5, 6, 9, 11, 12, 13, 15, 16, 17, 19, 20, 21, 23, 24
and to the present. The two 9am, 10am and 18m of Oct. 05; I went out to the cages.
In Oct 05; it showed Sgt. Roque & J. Look the bleeding sores in my mud.
I told Sgt. Sullivan, he did nothing. BP - 1st Espey convince him to let me suffer.

COMPLAINT

and used the clippers. On wed. 9/28/05, while in the outside cage of g.g. M.Ortiz, told me his co-horts were saying in the log, I was refusing to shave. I said that's not true, g.g. M. Ortiz said, no one will believe you over us. I talked to Sgt. Rotoue about my medical chrono, in Oct. 05', he said why don't you have a cell, I said, I don't take cellies, he said, I not gonna accomodate your shaving chrono, I said, this is a medical issue, he shrugged his shoulders and left. On 12/24/05, I was telling g.g. Wolff about my shaving chrono, he asked T. Bryant who responded, Ah, we don't pay that no attention. On July 27, 05', Dr. Exum cut my psych. meds. They were discontinued without consultation or explaination. Then the voices, the loudness and intensity got so bad before my medication was re-prescribed, I was sticking a pen-filler in my ear trying to stop the voices, that I damaged my ear and now have an echo and it like there's water in my ⊗ ear. Drs. Lee, Grillo, Bowman, Nguyen, Exum and R. N. Williams Delft, along with all those g.g.gs., their supervisors and superiors have blatantly shown deliberate indifference to my serious medical needs and causing me the unnecessary wanton infliction of pain. With some even interferring with my scheduled appts. denying me access to medical treatment with impunity. These malicious acts are cruel and unusual punishment and a violation of my constitut- ional right to be free of that sort of punishment. I told Duece (now Sgt) about my medical chrono, he said so what laughed then walk away. In Dec. Sgt. Rotoue let Langford use the clippers before his parole hearing.

## CLAIM 12

I was tortured on three (3) separate occasions. On June 8, 04, I made to stay in a 2x2 1/2 cage from 8:30a.m – 9:30p.m. by Sgts. Bocello, Washington and a Lt. to be named. Trying to force me in a cell with an other person. Sgt. Bocello threatened to have her g.g.g. staff to throw me in on my head. Sgt. L. Washington refused to allow me to use the toilet saying I could use it when I went up to the cell. Forcing me to relieve myself inside that small cage, with no means of disposal. After thirteen (13) hrs. I was placed in a single cell. There was open cages in C-pod, so there is no justifiable reason for me to have been, for- tured like that. Nov. 8 or 9th, 05', I was again tortured when only with T- shirt and underwear on I and 20-25 other patients and non-patients was taken outside to the cages in the very cold and windy weather, on Sgt. L. Washington's order, who came out and said, none of you have a naked out in that cold and windy weather from 2:30p.m – 7:30 something to 8a.m. with no dinner. There was no reason for me an other pts. to be tortured like that. I was tortured over a two (2) day period (March 21-22,05) by g.g.gs. Lt. Braggini, Lt. to be named (A Sgt. Ippolito, G. Bailey, C. Sear by), Hpoog R. Grande, Sgt. McBride and Silva. I know it was pre-meditated as the two previous act of torture was. On March 21, 05', I was less than a week since hernia surgery. Sore, in pain with staples still in my abdomen. At 7a.m. I was told by g.g.g. G. Bailey, to get up and pack, because I would be mov- ina to another cage. At 9a.m or maybe 10a.m. Lt. Splazer came to interview on his new 114D lock-up order. I had left this gulag for surgery and upon

III R: Statement of facts

return everything had to start over, new 114D, I.C.C., etc. Lt. Salazar stated and marked both in front of g.g.g. G. Bailey "single cell pending I.C.C." Besides it was a well known established fact that I would not take a cellie in the hole no matter what. Throughout the day I told g.g.qs. that I was in pain and need to lie down and sleep. Each time I do not unpack and lie down you'll be moving any time the 154 is being processed (the form to move). At around 4:30 p.m. g.g.g. R. Grande and Silva came and got me. I asked, am I finally moving g.g.g. R. Grande stated, we're putting you in the triangle to use the clippers before you move. A planned fabrication to get me in the triangle. After a hour I asked what's going on, I'm cold and in a lot of pain and need to lie down, where's the clippers. The triangle is exposed to the elements, except falling rain, and it comes under both doors that open. Greenwall gang members guards C. Searby and Hood came and said we're moving you up to 4/6 with such en such. I said no I'm not, for one I don't take cellies and you know that and two Lt. Salazar made me single cell pending I.C.C. I've got the paperwork to prove it. Hood said no you're still taking a cellie, I said, no I'm not then C. Searby said you'll be out there when we come back to work tomorrow. I said, that's torture and you can't torture me. G.g. C. Searby said, shut up, we can do whatever the F we want. Take a cellie and we won't torture you. I said nothing more and they both walked away laughing. At around 9:30 p.m. I looked out the window, and eventhough it was storming outside, I could see the female Lt. leave the building so she knew I was being tortured. A few minutes later Sgt. Ippolito came to the door before going home or leaving and said, are you ready to go up to the cell. I said I'm single cell it's on the 114D. He said, if you don't go up to the cell, you'll be out there all night. I said, so you're going to torture me, knowing that I'm in pain g.g.g. Sgt. Ippolito smiled, shrugged his shoulders and walked away. There were twenty (20) jackets within arms reach and two (2) blankets within a few feet. I was given nothing, but left in that cold, wet and windy triangle. At about midnight the tower guard stated in the process of a conversation with me that's why I work 1st watch, I can no longer stand the way they mistreat and torture people around here. I've got two more years and I'm retiring. At 2a.m I notified the floor guard and told him I'm in terrible pain. He called g.g.g. Sgt. McBride, who did nothing, the same a hour later. Also, I guess maybe then g.g.g. Sgt. McBride came and looked in the window, laughed and walked away. The next morning g.g.gs. G. Bailey, C. Wilson, L. Ornelas, R. Machuca Jr., Chandler were making mockery me and stated, "Look At The Black Mummy", I took the ace bandage off my hand and wrapped it around my face, head and ears to try and stay warm. Lt. Biaggini and Sgt. Ippolito left me out there all day, no food, no water, no toilet, no nothing but the cold and wind. At around 5:30p.m. or 6 p.m. a bald head Lt. come and ask me, what are you doing out there. I said, I been out here since around 4:30 yesterday, the Lt. said what and I repeated it. And he stormed off obviously upset. A short time later I was taken out of the triangle and put in the cage in C-pod. At 9:30 a.m. I was placed in cage 227. I was denyed or deprived of sleep from 7a.m. on 3/21/05 until 9:30 p.m. 3/22/05, 38 1/2 hrs., kept in that freezing, wet and windy triangle from 4:30 p.m. on 3/21/05 6:30 p.m. on 3/22/05 26 hrs. On 3/21/05 cages 226 and 230 pts. left so there cages available. Warden Evans has a policy that is inhumane, humiliating and degrading. Greenwall g.gs. Sgt. E. Sanchez, T. Bryant (r), R. Phillips, E. Bender take delight in enforcing it eventhough they know it is inhumane,

III s    Statement of Facts.

humiliating and degrading. They kept me in T-shirt and underwear in this freezing ice cold cage, when I go outside to the cages no matter what the weather; rain, cold, windy or a combination of all three. T. Bryant makes sure I have on only (1) T-shirt and underwear when I go outside to the cages. Yet she and other g.g.gs. have on thermos, thick sweaters, jackets with fur collars, skull caps and caps. I have on (1) T-shirt and underwear. I have to go out to get away from these demons. I was on the yard in the cages and T. Bryant came into this cage and took the jumpsuit I had. In Dec. 05, I heard a maintenanced man tell Sgt. Roque, these cells are freezing, the heat ain't good enough, the cold and wind out beats on the concrete and it comes right into the cells, in Jan. 06 I heard several people tell J. Wolf they were freezing. Yet when I go to C. T.C. or law library (once in Nov. 05) these g.g.gs. give me a jumpsuit to wear because they want me to be decent when I go around their women and people from the street that are not guards. Humiliation, degrading me, treating me inhumanely and torturing me is a state, federal and international crime and I was deliberately and intentionally, humiliated, degraded, treated inhumanely and tortured, which is cruel and unusual punishment and a violation of my constitutional rights. As a result of being out in the cold for so long, I got a sort of tingling, numbness in my (2) foot and fingers. Again five (5) days after I started my current protest hunger strike (medical, legal mail and other issues) g.g.gs. Sgt. Peterson, M. Ortiz, S. Espey, M. Torres, J. Cook, C Jones, J. Fajardo, R. Sanchez, T. Bryant, E. Binder, R. Lopez, have bobbi trapped the outside of this cage door. Yet the guy downstairs was on a hunger strike for eighteen (18) days, and didn't have nothing in front of his door and the pt/m 227 is on a hunger strike now too and he ain't got nothing in front of his cage. In Aug. 05, g.g.gs. Sgt. J. Perez, D. Beatly and D. Perez filed a completely fabricated report with the Monterey County D.A. claiming I committed a battery on D. Beatly with a paper tray in order to get me more time for nothing and increase the false statistics their corrupt union can use to justify them robbing the state and taxpayer. The D.A. rejected it.

## CLAIM 13

From June 2004, to the present Appeals Coordinator A. Variz has conspired to shield and cover-up the crimes of his greenwall gang member co-horts. His blatant actions have caused me to be continue to be persecuted, oppressed, abused, maltreated, retaliated against and tortured in violation of my rights. On Nov. 004, I told my clinician, Dr. Nichols, that I had been tortured, not fed, and had my mail thrown away. And for him to contact the F.B.I. and The U.S. Dept. of Justice in Washington, D.C., Civil Rights Div./Criminal Section, he said, I'll tell Dr. Scaramozzino and he'll do it. In Dec. 04, I told my new clinician Dr. Ganga the same thing, she said she had seen us out in the cages in Nov. and it was cold and windy. Dr. Gangna said Dr. Scaramozzino knew about it and didn't like it. She knew about me not getting food partial (lunches) given rotten and molded food. She was present when I was tortured in March. I showed her the letter from The Ass. In Defence Of The Wrongfully Convicted and menu that was held from me for weeks in March and April 05, and explain to her that anyone that did not report a crime that they knew had been committed, was aiding, committing, or is going to be committed, is guilty of federal conspiracy. yall go on and leave me if I ain't got time to listen to yall right now I trying to do something ok. All three of the Drs. Scaramozzino, Nichols and Gangna knew me and other pts. had been and were being maltreated and tortured. Their collective

COMPLAINT                    - 35 -

III т.  Statement of facts

deliberate indifference has and is causing me to continue to be tortured, retaliated against, and suffer the unnecessary wanton infliction of pain, in direct violation of my constitutional rights. Chief appeals coordinator N. Grannis has conspired to cover-up these q.q.gs and appeals coordinator A. Variz. When informed on their crime and shown proof of Variz's refusal to process the 602's, instead of contacting the proper authorities, writes me back, saying contact your appeals coordinator, knowing already the appeals coordinator screens-out 602's against his greenwall co-horts. His blatant inaction has and continues to cause me to suffer constitutional violations. We I contacted Warden Evans, when I was tortured in March 05, requesting investigation and compensation. Knowing the prevalence of the "code of silence" and the propensity of covering it up instead of contacting the F.B.I. and The U.S.D.O.J. civil rights division/criminal section in Washington D.C. Warden Evans defers the matter to Ass. Warden Allison, Capt. G. Lewis and Lt. G. Biaggini (who ok'd my being tortured) who proceeded to cover it up. The deliberate action of all four has caused and continues to cause me to suffer the indignities of abuse, retaliation and torture. The q.q.gs, continue unabated in their deliberate violation of my constitutional rights. I have written to Fmr. Dir. J. Woodford, Dir. Rod Hickman and The Governor informing them of my abuse and torture, requesting their help, an investigation and compensation. Each time I was abused and tortured I wrote to them, so they knew but chose to ignore my pleas. The deliberate indifference of Fmr. Dir. J. Woodford, Dir. Rod Hickman, Governor, has caused me to be persecuted, oppressed, abused, maltreated, retaliated against, and tortured since June 7, 2004 and continue to cause me to suffer violations of my human and civil rights. U.S. District Judge Thelton Henderson on Feb. 05, ordered everyone from the Director down to the plumbers, cook, etc. of the california department of corrections/criminals and a habilitation/reprobates to undergo classes for sensitivity training to destroy and overcome "The Code of Silence", among these greenwall gang member guards, employees, supervisors, administrators, The classes was a complete waste of state funds. And the memo of Feb. 04, entitled Zero Tolerance For The Code Of Silence, from Sacramento, is completely ignored. The attorney who represented me on that falsified charge of battery on staff has most of the seized-out 602's by A. Variz, with so list, document proving the cover-up by Ass. Warden Allison, Capt. Lewis and Lt. Biaggini and calendars from June 04-May 05 documenting the persecution, abuse, maltreatment and torture that me and other mental pts were subjected to. On two occasions A. Variz maliciously interfered with my medical, by holding and refusing to process medical 602's marked emergency, due to the excruciating and debilitating pain I have daily. A. Variz also made copies of all my 602's against his greenwall gang member co-horts and placed them in my C file, I order for me to be the object of further retaliation, reprisals and the wrath from everyone from IECC members to his greenwall co-horts. Copies of 602's do not go in a person C file. It is a malicious act to have me harassed. N. Mendez lied and covered-up the malicious actions, in his so-called investigation of the deliberate indifference and the unnecessary wanton infliction of pain that R.N. William Deltts, put me through because we argued. In Feb. 05, Lt. Biaggini, cancelled all my mental health groups because, q.q.g. Luna died of lung cancer. Claiming he was short of staff, when there were 12-15 q.q.g. milling around drinking coffee and doing nothing the entire day. While I sat in this cage being tormented by these violent voices, racing thoughts, depression, and chased by the persistent demons. Suffering, because he, has the power to make me suffer, and deny me my mental health treatment.

COMPLAINT                         -3т-

III u. <u>Statement of Facts</u>

In Dec. 02 and Jan. 03; Drs. Scaramozzino and Talbot con-conspired and colluded with the greenwall gang member guards please stop it and go away, don't tell me that on the E.O.P (enhanced outpatient program) yard, to retaliate against me for refusing to take a cellie, and have me kicked of the mental health treat-ment at the E.O.P. level of care. A special IDTT (institutional diagnostic treatment team) was held and I was kicked-out the more intense treatment (E.O.P.). After the committee, Dr. Talbot said, Dr. Scaramozzino, made him, write the false report saying, I don't need E.O.P. level of treatment. because I refuse to take a cellie. The g.g.g's Gant, G. Bailey, and others told me they were going to do it. I contacted, the mental health treatment pro-program monitors, Rosen, Bien & Asarp, and told them, but they couldn't do nothing. Dr. Hibbard fought to have me put back in E.O.P. seven (7) months later. Then when I was put in the hole ad.seg, in June 04; C. Wilson, G. Bailey, Sgt. Ippolito Lt. Biaggini again with Drs. Scaramozzino, Nichols and Gange and intern C. Fur-tado did the same thing, because I would not take a cellie. Greenwall gang member guard C. Wilson he, was going have me kicked out of E.O.P. it I didn't take a cellie, Drs. Nichols and Gange tried to pressure me into taking a cellie, telling me they didn't consult me programming it I wouldn't take a cellie. I couldn't understand what taking a cellie had to do with my mental health treatment. I still don't understand it. For several months I gave Dr. Gange, daily logs of the problems I was having, Nichols too. I tell them about the Demons that is trying to kill me, my racing thoughts, the violent voices and depression, and not sleeping. They never address my mental problems, but, write false reports about me, I tell, Dr. Gange about it one time and she try to make me believe that what I tell her, I tell her, I ain't tell you that and you know it. I say, I tell you I don't care about the word E.O.P. I just want to go to the groups, and get treatment because the groups help me. She said, I tell her I wanna be E.O.P. to get out, of the cage they keep me in. She know she me. When they kick me out in May of 05, I ask Dr. Scaramozzino, can I continue to go to the groups, cause they help me a lot. He say no, but he got two (2) white patients that ain't E.O.P. going to the groups, and there was room in the groups for me, they were not full, Dr. Scaramozzino, he and say the groups were full. I had patients keeping count of how many patients were in the groups. Then he let C. Furtado, and intern treat me without supervision and she, Nichols and Gange get together and write lies to justify kicking me out of E.O.P. And she and Gange tell me things that mess up my head more. The interns is suppose to have a Dr. present when they treat patients. They have me and only me take a test and tis the thing to support the, v. I tell the monitors again, I tell them I don't trust the Drs. Gange, Scaramozzino and Nichols cause they don't address my mental problems, I send my daily log to them to show them. And Dr. Gange, don't put the logs in my mental health records, cause they contradict what she write. Those logs is

III v. Statement of Facts

suppose to be a part of my mental health records. They don't belong
to her. She like hiding my mental health problems. I have a
constitutional right to proper mental health treatment. They de-
prive me of that right in retaliation for me refusing to take a
a cellie, while in the hole/ad. seg. Them g.g.'s tell them to
do it, and they do it. Writing false reports to support them. Now
I don't get nothing but my medication.
All the doctors say these greenwall gangmember guards don't like me
and hate me and do all these terrible things to me because I
file 602's against them. And I shouldn't file the 602's and
complain, or accept what they do to me when I file the 602.
I say that retaliation and they ain't suppose to do that. They
say, especially Dr. Giangi, you can't fight them, they too
powerful. I say I don't care. Then I remember one time
before Ippolito is Sgt., he escort me out of the shower in
late January, or early February 05; he say: Morris why
everybody hate you. I say I dunno why, he say because
you write a lot of 602's. I say, I only write 602 when
they do stuff to me that ain't right. He say, I know but don't
write the 602, just accept what they do, you in prison. I say, so
what, I shouldn't be in this corrupt prison and they can't do
anything they want to me. He say, yes they can, we got all the
power and you ain't got none. I say so what, I don't care.
There ain't no supervision, improper or unadhered to
training and absolutely, no discipline, none whatsoever.
These nefarious, overpaid, prevaricating, mischief-making
greenwall gangmember guards are allowed to do anything
they what to do to us with impunity. They abuse, mis-
treat, humiliate, torture and kill us mental patients and
nothing is never, ever done, other than cover it up, if
the patient complains. Often, the Sgt and Lt is directly
involved in the human and civil rights atrocities. None of
the human and civil rights atrocities, that I have been
the victim of, could have happen if there was just a
small amount of supervision, or discipline. But in all or
all of them the supervisor was either involved or aware
of it. Like Sgt. J. Perez boasted in my face, when I told
him, Fajardo, T. Robinson S. Espry, D. Petz, and D. Beatty
had taken my legal property unlawfully, he proclaimed my
any people can do whatever the "F" they want to do, and
that is a direct, truthful, accurate quote. And is the way
things are done in this system of gulags.


COMPLAINT                    -3 v. -

Lts. Luman and Eloy Medina appeals coordinators retaliated against me by screening-out and/or cancelling each and every staff misconduct 602 prison grievance I filed against their green wall gang member prison guard co-horts, including the 602 grievance I filed against the both of them. In effect shielding their co-hort and violating my First Amendment right to file a 602 prison grievance against staff-misconduct, rending the 602 process an exercise in futility... Also refusing me to file citizen complaints.

## CLAIM 16

Guard/CCI Delaney, refused for months to provide me with the services of the notary public for court documents. Ignoring numerous inmate request for interviews (3); 602 prison grievance against her (2); lying about providing me the service at the I.C.C. (institutional classification committee) then denying me the service because I'm indigent. This was done in retaliation for me filing numerous 602 prison grievances against the misconduct of her green wall gang member prison guard co-hort, herself; all in violation of my first amendment right to file a 602 prison grievance. This is the results of green wall gang member prison guard sympathizers appeals coordinators/Lts. Variz, Luman III, and Eloy Medina making copies of all my staff-complaint, 602s and putting them in my c-file, for all the guards to see and retaliate against me.

## CLAIM 17

Warden Evans, Chief Deputy Warden Hedgepeth, Capt. Ponder, green wall gang member guards D. Beatty, J. Caropresso, J. Rodriauez, and guard J. Celaya formerly S. Fassbinder. I was held in the cage C-8-132 from June 1, 2006 — September 30, 2006, without any outside sunlight, fresh air or exercise, nor given access to use the phone. I am a mental ill prisoner/patient, I suffer severe depression, voices, delusions, racing thoughts. The attorneys representing me and other mental patients in the COLEMAN v. SCHWARZENEGGER class-action lawsuit had to call and have me placed on suicide watch twice; because of my depression and not being let outside for any fresh air, sun light, or exercise. In the hole you get ten (10) hours outside in the dog cages, a week. I almost killed myself twice. I even showed C-8-3 watch guards J. Celaya and J. Rodriauez case law showing I had a constitutional right to use and access to the telephone. I was in general population without any lts rules violation report. This was done in retaliation for me refusing to sign a document that relieves CDCR of the responsibility and liability for my safety and health. In violation of my FOURTEENTH Amendment right to procedure due process, my First Amendment right to telephone access and my EIGHTH Amendment right to be free from cruel and unusual punishment. With total disregard and deliberate indifference to my mental illness and mental health.

ΙΙΙ

CLAIM 18

On August 23, 2006; I was placed in Salinas Valley State Prison Behavior Modification Unit, by Capt. Ponder and guard/CCI DLaney in retaliation for me refusing to sign the chrono relieving CDCR of the responsibility and liability for my safety and health. Guard/CCI DLaney stating as I entered and sat down QUOTE"HE Refused To Sign Four(4) Times, end QUOTE. Stop it get out of my head, please shut up I doing something. Don't say that. As a ruse-and in violation of their own BMU placement guidelines, a year old falsified 115 (rules violation) when their guidelines say the 115 must be within the last 180 days. In violation of my First and Fourteenth Amendment rights. Also in retaliation for me refusing to sign that chrono, green wall gang member guards D. Beatty and SrtE pation g.g.q. J. Rodriquez stole my radio when they took my property in violation of the Fourteenth Amendment, procedure due process (no current or pending 115) and the First Amendment right. It also discriminates against me, no SNY, inmates are B.MU. Sensitive Needs.

## CLAIM 19

L.T.A. McDonald in retaliation for me pursuing a civil rights lawsuit against her green wall gang member prison guard co-workers has blatantly and maliciously denied me access to the courts. In May 2006, district court judge Jenkins gave me thirty (30) days to respond to his intention to deny my stop say that, I Know I copy this request for informa pauporis filing and dismiss my #2 U.S.C. §§ 1983 lawsuit until I pay the cash filing fee. An impossible task for an indigent person. L.T.A. McDonald always or never sends me case law, supplies in a timely manner. I always have to make two (2), three (3) sometimes four (4) request over that many weeks and then what she sends me is sometimes bad unreadable copies, the wrong material, material with missing pages and shirt supplies. I don't get no cases to cite, especially Andrews v. King 398 F. 3d 1113, 1121, that say lack of jurisdiction ain't a strike. I have to submit my motion with no cases and the district court judge Jenkins dismiss my 42 U.S.C. §§ 1983, deny my request for informa pauperis status. She still do the same thing. The greenwall gangmember prison guards promote the theme "We Against Them". Both L.T.A. McDonald and Powell hinder our effort to gain court access. L.T.A. McDonald violated my Fourth Amended right, to access to the courts. L.T.A. Powell even stoled part of my exhibits, and showed these nefarious guards Even with PLU (Preferred Legal Users) verified verified deadline within 30 days, Ms. McDonald and Powell continue to deny me access to the law library. It happened in May 14-June 14; Sept.-Oct. 06; I was allowed access; twice instead of four times and once instead of three. All in retaliation—

—2V—

Lt. Walker, violated my Fourteenth Amendment right, by blatantly finding me guilty of a serious 115 RVR (a staff battery) in not allowing me as I.E. (investigative employee) I was in the hole and could not investigate the matter myself, a staff assistance (I'm a mentally ill patient) nor call and present witnesses. I, appealed his decision and green wall gangmember guard, sympathizer, appeal coordinator/guard Lt. Eloy Medina in retaliation for me filing 602 complaints against his cohorts. Distroyed or kept the documentation I, submitted to prove my procedural due process claim, and falsified documentation, stating the guilty finding was based on the original I. E. report, and that Sgt. Hubbard, stated, he might have hit the guard, I could see that good. All a complete prevarication on Medina's part. (A.) the was never an I.E. report done, I was denied that right from the very beginning; (B) Sgt. Hubbard was within a few feet of me when the incident unfolded, we were in a small 10 x 8 or 9 ft. area looking each other directly in the face; and (C.) he Sgt. Hubbard told the D.A. that I never hit anyone, which cause the D.A. to drop the charges, under the heading of "In The Interest Of Justice, which means I was innocent from the very begining. Why would he tell the D.A. one thing and Medina something completely different and lie at that. Medina, is lying on Sgt. Hubbard believing I'd never have the opprotunity to refute his lie, nor the forum denied an I.E. from the very begining. Knowing the scandalous crooks these green wall gangmember guards are, I made several copies, I kept one, sent one to California Prison Focus, and submitted the original with the 602 complaint. Lt. Walker, violated my Fourteenth Amendment procedural due process right and Lt. Medina violated my First Amendment right the filing of a grievance without being relatiated against for doing so.

## CLAIM 21

In June 2006, I filed a 602 staff misconduct complaint against Lt. Celaya and green wall gangmember guard Salopek, for knowing that my life has been threatened and deliberately leaving me in harms ways by not moving me to another yard. Trying to ensure that I was hurt or killed. Not knowing that I knew, these nefarious green wall gangmember guards in D-112 and D-8 had put or given a green light to hurt, or kill me, in retaliation for my propensity to file a 602 staff misconduct complaint, document their misconduct and atroscities committed

against myself and other mentally ill patients and this present 42 U.S.C. § 1983, civil rights lawsuit. A violation of my Eighth Amendment right to be free from cruel and unusual punishment. My 602 com- was lost, and/or thrown away. In August 2006, I sent a grievance to Warden M.S. Evans, complaining about the futility of the 602 process, guard/CC I Delaney (correctional counselor I) and me being denied food or given only partial meals. Almost two (2) weeks later, Captain G. Ponder sends me a memo, threatening to retaliate against me if I filed a grievance with the warden again. Stating, failure to utilize the proper process in the future will result in progressive disciplinary action. A process I explained to the warden was futile, did not/does not work. I ignore Capt. G. Ponder's retaliatory threat for filing a grievance to the warden, and filed another one. On Sept. 19, 2006, Capt. Ponder, conspired with Lt. Celaya and had me put in the hole/ad-seg. in retaliation for me filing a second grievance with the warden. Using as a ruse, the threat that was made against my life over three (3) months, and at that time completely ignored by Lt. Celaya and greenwall gangmember guard Salopek. Now after all this time, I being placed in the hole/ad-seg. while the threat is supposedly being investigated that is over three months old. Then on Oct. 3, 2006, I file another grievance with the warden complaining that his staff of greenwall gangmember guards in the hole/ad-seg. are retaliating against me by taking my Ramadan Suhuur Meals are not giving me any food at all. In retaliation, for writing it, greenwall gangmember guard T. G. Miller feigns to sign the back of the envelope then steal the letter from out-going mail. Then taunting me days later saying, quote, Morris how was your mail, laughing, end quote. When there was a threat in 2001, I was simply ford, (my Ramadan Suhuur Meal was switched again) got any more moved to another yard, not put in the hole/ad-seg. for 90 days. It's retaliation..

## CLAIM 22

On 10/4/06, I was called from the tower and told to get ready for outside medical. At the time, I was suffering from an incapacitating migraine headache. And unable to get up. I ask guard Mayville to to ask them to re-schedule, because I was in too much pain to get up. A few moments later, that nefarious greenwall gangmember guard B. Powell came shouting and kicking on the door, get I'm not gonna tell them you're sick, I'm gonna tell'em you refuse. I said, I've got a killer migraine, he said so that I'm gonna tell'em you refuse. That was in retaliation for me writing 602's against his greenwall co- horts, and keep a log of the abuse and torture they heap upon myself

III

and other mentally ill patients. And an interference to my medical treatment, showing deliberate indifference to my serious medical condition. G.g. Powell I was sick and in excruciating pain. I heard Mayville tell him, Morris is sick, he's got a killer migraine and wants to re-schedule. Yet notwithstanding my painful condition, Powell comes, shouting and kicking the door, showing clearly his deliberate indifference. His actions a violation of my First and Eighth Amendment right to the constitution. He did this to prevent me from getting another appointment, to a very serious medical problem. Pain in dormy neck, pain.

## CLAIM 23

Greenwall gang member guard J. Rodriouez C-yard 5 & E patio guard used excessive force on me when in August 2006, he and another greenwall gang member, pulled me out of C-8-132, to take a jumpsuit that I would not relinquish to guard S. Celaya, because I was cold and she could not show me any paper work that said, I could not possess the jumpsuit. Greenwall Rodriouez, told me to put my nose against the wall and not to look away. When I looked over my (L) shoulder, Rodriouez violently grabbed the back of my head slamming my face into the wall, holding cuffed hands with his (L) hand and slamming my face with his (R) hand. Then smashing face and nose into the wall with lots of force. When he put me back in the cage C-8-132 my nose began to bleed a lot. That greenwall guard Rodriouez had no reason to use that sort of force. I was in cuffs and merely looked-over my (L) shoulder. That excessive force was cruel and unusual punishment, and a violation of my Eighth Amendment right. I posed no threat to him.

## CLAIM 24

On Sept. 29, 2006, I seen Dr. Sid R.A. I explained to him the debilitating and excruciating pain in the back of my neck (R) arm, shoulder and lower back. He claim to know of the pain because he said, a similiar problem in the past. Before leaving, I requested that he renew my non-narcotic pain medication Tramadol. He said he would and he did. However, with out reason, explanation, or consultation, he cut the medication in half, leaving me in absolute and total pain. Pain that does not allow me to sleep. I can lay only only on my back. I've written several sick-call slip trying to be seen only to be ignored. Then on Oct. 6, 2006, without seeing me, he Dr Sid Ra, prescribes medication that was decided by Dr. Bowman that due to it's potency and the psych. meds I take was too dangerous and I should stop taking it along with another medication I had stopped taking, further in dangering my life and help. In ignoring my serious medical needs and showing the deliberate indifference to those needs (he said, he had this pain) he's violated my Eighth Amendment right to be free from cruel and unusual punishment. I'm still in pain, who attended to and ignored. And the medication Dr. Bowman prescribed was cancelled, the meds. to replace the dangerous one.

—3AA—

The pain is so bad it increases my depression and causes me to want to commit suicide to get rid of the pain. This is what happened in July03, when my Dr. Hibbard had me put on suicide watch and how I felt in Sept. 05 when Dr. Nguyen discontinued my medication. This pain is debilitating and absolutely excruciating. They all read my medical files and know I take psych. meds, including meds for acute depression. it all on the same med sheet. All the Drs. ignore it. Dr. Bowman, Nguyen, S. dRA and the others and leave me to suffer. Please go way and leave me be for a little time. Slow down I can't think or hear nothing. Then on 11/6/06 g.g.g. R. Diaz interferes with my mental heath treatment and would not let my see my clinician-11/7/also with the psychiatrist for my medication, and my meds stopped.

## CLAIM 25

I have long time been approved for the Special Religious Diet, per section 3054, Article 4, of the Title 15: Dept. of Corrections; California Code of Regulations Greenwall gangmember guards Sgt. Petersen, S. Espey, J. Cavopresso, S. Celaya, T. Rincon, J. Rodriguez, Duke II continued to ignore and deny me my religious diet. Sometimes, I'd get a partial tray, or no food if I questioned them or rotten inedible food. All in retaliation for me filing 602s and this 42 U.S.C. 3 1983 civil rights lawsuit. This was done on 1/9/11,21,27,29,31; 6/2,3,4,5,6, 7,8,10,14, 15, 16, 19,22; 7/4,5,6, 7,10,12,19,20,21,23,25,28,31; 8/1,3,8,10,15,16,29; 9/2,4,6,12,15,19. I was then sent to the hole lad. seg. in retaliation for writing the warden and it the retaliation continued by those greenwall gangmember guards in the hole lad.seg. L. Orneles, T. G. Miller, T. Rincon, V. Francor Brothe, Reyes, A. Meyers with the Knowledge of Sgt. Sotelo, who I told on 10/4/06, that my Ramadhan Suhuer Meal were being taken and switched for a regular lunch, into smoked and shredded and 10/6/06; when I told him I heard L. Ordeles tell E. Tank, T. Rincon an Athe to make sure they switch my Ramadhan Suhuer Meal, he was in the tower r. Sgt. Sotelo said he didn't believe me. This is the same Sotelo, that in Feb. 05; stated loudly while feeding standing next to a Sgt. quote; we all (gks. mwall) breac the rules, except Grande. E. Tank, B. Powell also took my Ramadhan food and then taunted and made mockery of it. Ramadhan started 9/24/06. on 9/22/06, I spoke with Sgt. Sitelo, who said the list for the Ramadhan participants for D-14 he didn't have. I told him, I came from C-yard (next door) and my name was that list and my food would be there. He looked and acknowledged my name on that list. I said you can get my food from there. he said nothing. Then he said. I've informed my people and they'll put you something to eat while I'm off and I'll get it straight when I return. J. Santiago also a A. Vasquez. Two of the first three (3) days I got nothing to eat and laughed at by A. Meyers. when I asked him about it. The my Ramadhan Suhuer Meal was switched for a regular lunch on 9/28; 10/1, 2, 5,8, 9,11,16, 18,106. Then on 10/18/06 g.g.g B. Powell came to the cage while I was out and took all my Ramadhan food leaving my nothing to eat to break my fast and nothing to eat before I begin the fast. I was taunted by Reyes, T. Rincon, J. Santiago, B. Powell, did you act hungry, how was your food. Everyone knows that the guards are not suppose to touch the muslim's food during the Holy Month of Ramadhan. The Kitchen sets aside a certain amount of food and we heat and serve ourselus. they prepare the hot dinner tray for those

I.

of us that are in the hole lad seg. Yet, on 10/18/06; V. Franco and T. G. Miller put their filthy hands on my dinner tray and removed a soybean patty. T. G. Miller stating; you ain't nothing special, you can have only one, your homeboys can't hook you up. Referring to the muslims who prepared the tray and who I do not know. It is simply how much food the Kitchen sent. Then on 10/20/06; e.g.g. J. Santiago and B. Powell held my dinner tray for 35 min. until it was completely ice cold and the paper tray was wet with moisture before giving it to me. Roche, Reyes and J. Santiago came over from D-1, to retaliate against me and interfere with my constitutional right to be free to practice my religion as did st rest of those greenwall gang member guards in D-2. As greenwall gang member property guards Mendez and Reamer (Drulho in spite of my repeated request in writing and in person, refuse to give me my Holy Quran and legal property. I wrote a request on 9/21/06, spoke to them in person on 10/4/06; wrote Lt. Bocello on 9/21/06; Lt. Walker on 10/15/06. I explained that is was obligatory to read and study 1/30m of the Holy Qur'an during the 30 day fast and I had several active court matters pending and needed my legal material. I was told I'd get everything on 10/12/06 and did not. In retaliation for the filing of 602's and this 42 U.S.C. § 1983 civil rights lawsuit and the unfettered practice of my religion, Mendez and Reamer held every anti/10/25/06 after Ramadhan was over, then back dated the receipt to 10/4/06, to make it appear I was given everything on time. These guards know I'm to be served the religious diet (alternate entree') yet on 9/22/06 right before Ramadhan started, R. Orales gave me some bread, an apple a bag 1 oz of frites for lunch. Since the end of Ramadhan my religious diet has constantly been ignored by Sgt. Sotelo, T. Rincon, T. G. Miller, A. Meyers, Roche, Reyes, Ortega and others. The menu states it is to be served and it is never adhered to, as of this date 10/31/06. It was ignored till I left D-2 for D-8 on 12/8/06 as was my medical chrono which was shown to Sgt. Sotelo with the letter from the Capt.

## CLAIM 26

In violation of my eighth amendment right to be served food under sanitary conditions. These greenwall gang member guards. Roche, A. Meyers, Reyes, Ortega, Abana, Picazo, Machuca Jr. L. Orales, T. G. Miller, T. Rincon, V. Franco, J. Santiago, Younce in front of Sgts. Sotelo, Ippolito, Abuja, Peterson; serve the food with their filthy hands. They dig the cake out of the trays, tearing and smashing it in pieces, the salad, the meat tossing 3-4 ft. to a tray, the same for eggs, pancakes, french toast, fries, refusing to use the serving utensils that are provided, them by the dining room. What they then do is carry the trays uncovered from pod to pod, sitting the tray on the rails. The stucco ceiling is dirty, with dirt falling in the food. They supposed to take the food cart to every pod, carry one tray of trays (3) not two and sit on the rail to collect dirt and bacteria. What they do is completely and totally unsanitary and a violation of my eighth amendment rights. They don't want nobody serving them food under those type of conditions yet they serve me like that. It ain't right.

Throughout July and August 06; J. Celaya an (F) and greenwall gang contiduously tossed my laundry bag back in the cage I was kept in forcing me to sleep on and wear dirty under clothes (S. Celaya) an I both refused to allow me to shower. Leaving me to try any wash in a small sink in the cage. I was made to sleep on a piece of a dirty foam for a mattress. On August 16, 06; the porter inmate Blackwell E-72399 ask greenwall gang member D. Beatty, if he could give me a complete clean mattress. I heard Beatty say no, he's a problem Beatty was asked twice by the porter and both time's Beatty said, no he's a problem. All I've ever done inlas file 602's against him for falsified 115 and refusing to give me religious diet and this 42 U.S.C.§ 1983. J. Rodriouz C-8 greenwall 1st floor told my he's having a great day, on the day I was sent to the hole. They have retaliated against me, harrassed me and subjected me to unsanitary Loving conditions, all violations of my constitutional rights I don't have time to talk to ya'll now, I'm writing to the court, please slow down I can't hear or think right. On Oct 3, 2006, I sent a grievance complaint directly to Warden M. S. Evans, about my Ramadhan Sukuur Meals being tampered with and switched, my Holy Qur'an and legal property and other legitimate grievances. At mail pick up g.g.g. T. G. Miller pretended to sign the back, then stole it out of the mail. Retaliating and denying me the right to file a grievance, He's known to steal and tamper with our mail they they fresh air and exercise. I asked him why he said shut up, you're a piece of shit, got put that on a 602 - then V. Francoire refuse to call or get the Sgt. for me.

## CLAIM 27

On the night of April 5, 2006; greenwall gang member guards M. Ortiz, J. Espey and Mirapal were overheard talking while they were standing at the top of the stairs, in D-8 c-pod. They were talking about how or they stole court evidence, declarations, duplicate copies of 602's and letters, typing paper even my medication and washcloth. They went on talking, revealing an on going conspiracy by several greenwall gang member guards in D-2 (L. Gonzales, G. Bailey, C. Escabola) as well as themselves ( M. Ortiz, S. Espey, Mirabal) to have me killed or badly hurt. Saying I had a tag on my tai (GREEN LIGHT ON ME) I would not make it to court, no one would believe me over them cause they peace officers, they say they union will protect them that it control state government and most D.A's. They call me names, say I should not write 602's, talk to Lt. Muniz, should O.C-spray my vent and more stuff. In y.g.g. Fajardo and Sgt. Peterson, try to get me like Peterson got inmate Tenson and J. Santiago, and T. G. Miller got inmate Feliz, in 2 bldg. last year (his cellie brotally kill him) and Santiago, and Miller are responsible. They suppose to keep me safe, but they conspire to have me killed or hurt bad. That is, a violation of my sighdth mendmunt constitutional right, That is a long standing practice of the gaurds and others, to have inmate hurt or kill another inmate, to keep violence going and high and statistics high on acts of violence, to justify their theft of tax player monies. I want to file charges in federal court and testify before grandjury on how Santiago and Miller kill Feliz in May 05; he was a mental patient too.

## CLAIM 28

In December 2006; Sgt. Trayham came to the cage I was kept in D-8-220 in ad.seg./the hole and told me he was going to put someone in the cage with me, I shut up and go away would you stop that right now I said, I don't take cellies. He asked why, I said I know I don't have to take a cellie in ad.seg/the hole. He then threatened to retaliate against me by saying if you don't take a cellie I'm gonna give you a 115, then I gonna take your J.V. then your radio and anything else you have, then I'm gonna have you put on C status. I said, you do what you want I arn't taking no cellie and you can't coerce and retaliate against me for exercising my right not to take it I don't want to. He said, I can do what the "I" want, I said, I'll take you to court, he said so what I don't give a shit. Two or three days later I got a 115 for refusing to take a cellie. Then also in Dec. 2006, guard J. Spaulding, in retaliation for me telling him to shut up I'm not talking to him, refused to allow me to go to the law library, then refused to take my request for supplies and copies, which is his job. Going to the law library guard Milhouse asked me if I wanted to go to the law library because my name was on the list, I said yes, shortly him and Spaulding came to get me. I said, Milhouse what about my medication. Do I have to give up one to get the other, when I have a right to both, or can we stop on the way so I can get my meds, you know I need them and they won't bring them to the law library. Suddenly, Spaulding interrupted saying you not stopping anywhere to get nothing I then said, Spaulding shut-up, I ain't talking to you, when I say Spaulding then you talke to me. He looked at me angrily, then slammed to tray slot and began walking away. I said, because I tell you to shut-up, you gonna retaliate and deny my law library just because you have the power. He looked at me and smirked, I said will take my request for supplies and copies. I repeated the several times and he just ignored me. Then told the law library lady, I refused, making it more harder for me to get put on the list again and I haven't been.

-3EE-

## CLAIM 29

During the months of April and May, 2007, Nurse Wilke and Nurse Felix refused to give plaintiff his medication on several occasions and on June 14, 2007; plaintiff was in the midst of a protest hunger strike and suppose to be examined and weighed daily. Yet notwithstanding the fact that nurse Wilke went in and out of the building on four occasions, she refused to examine and weigh me. All this was done in retaliation for me having had filed a 602 complaint against them both. Nurse Wilke, made a false and unsubstanciate accusation that I was taking my medication. Causing my medication to be discontinued; thus leaving me to suffer this chronic excruciating pain in my nec @arm shoulder and lower back for 5-6 weeks before I could get my pain men back. She deliberately and maliciously lied. Then laughed in my face when she to

On June 5, 2007; in retaliation for get away from me stop saying that I don't want to hear that me refusing to take a cellie (these greenwall gangmember guards want to put someone in the cell that will Kill me, like they did my friend Mr. Feliz on May 16, 2005) Sgt. Nava & Lt. Shelby deliberately falsied a 114D to put me in ad.seg./the hole. They said, self expressed safety concerns. I told them both they were lying and that I had not stated any type of safety concern and my inability to program on D yard. And I will not sign the 114D lock-u paper. Then in retaliation for the same thing greenwall gangmember guards M. Zornes and E. Durham on the same date June 5, 2007; confiscated and destroyed over three-hundred dollars ($300.00) worth of Legal and celigious books. They both blatantly along with Sgt. Bela ignored my repeated request to send the books home; which is the policy. Then when I filed a 602 staff complaint, Sgt. Bela denied it to cover up their retaliatory action by stating plaintiff had only one (1) book on his property card. He used only the property card for 2007. See exhibits, every year a new property card is started and used irregardless if the previous card was full.

On June 13, 2007; greenwall gangmember guard D. Ferry, in retaliation for me exercising my right to accept or reject a cellie in ad. seg. wrote me a 115 when I chose to not accept a cell and singled me out for this retaliatory action skipping over inonates who have for months been trying to get a cellmate. It was an established fact that I do not take cellies before g.g.g. Ferry approached me. Besides, I am in ad.seg./the hole for refusing to take a cellie while in general population. In retaliation for me speaking with Internal Affairs; Rincon, Rocha, Meyers, Ortega, J. dana and E. Pere did feed me or gave me a cold partial tray on 7/12/07, 7/17/07, 7/18/07 and on 7/19/07 when I returned from hernia surgery the transportation guard gave Rincon a sack lunch to give me. I had not eaten since 4 a.m. the previous day. Rincon refuse to give it to me when I asked him about it, he stated "F you..."

~3FF

## CLAIM 30

For the past six (6) weeks I have been kept inside this small
cage 24/7 with no exercise outside this cage; except once
on 7/24/07. Nor provided with anything to read. Greenwall
gangmember guards A. Meyers, L. Ornoles, E. Perez, Carrasco,
D. Perry, Crawford, Lamoro, Picuszo, R. Chaves, Sienz, Grunicno
denied me outside yard exercise in the walk alone cages on
7/2, 6, 14, 16, 20, 22, 24, 28, 30, 8/4, & 10 & Lt. Boce/lo nor Sgt. Locke
whose offices are located in the adiseg. I the role unit and neither
provide the supervision to ensure I got to go outside for exer-
cise on all the even days as I'm suppose to. Nor ensured
that I had something to read or given something to read by
the guards under their supervision. Rincon also. Before if I
gave up my shower the guards would pass me a book to read.
But since I spoke with Internal Affairs and told them of
the practise these nefarious guards, were doing, they've retaliated
by not giving me anything to read. And keeping locked in this
small cage 24/7. Greenwall gangmember guard Youance also.
And E. Tinkersley.

1   an effort to pursue unspecified compensatory, actual
2   and punitive monetary damage awards, against these
3   defendants. An immediate injunction that these green
4   wall gang member guards stop torturing me, a temporary
5   injunction that plaintiff not be moved until this matter has
6   been adjudicated to prevent the usual inadvertant loss
7   of property during transfer. And keep me in a single cell for safety.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _30TH_ day of _May_ _____, 20 _08_

_Leon Eugene Morris_
(Plaintiff's signature)

COMPLAINT                    - 4 -

# VERIFICATION

I, Leon Eugene Morris, do hereby verify that every single word in each and every claim is absolutely true. There is not an iota of embellishment or exaggeration contained herein. I am the plaintiff in this 42 U.S.C. §1983 Civil Rights Complaint.

I declare that this verification is true and correct, this 30th day of May 2008. Executed at Folsom, California State Prison, P.O. Box 29, Represa, CA 95671-0066.

Leon Eugene Morris

Leon Eugene Morris

Declaration of Ed Palomares

I, inmate PALOMARES, E. do hereby declare

I am a prisoner at Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960-1050. If called to testify concerning the below statement. I could and would competently testify to the matter below.

ON OR ABOUT 3-26-07 I WAS CALLED IN TO THE ANNEX ON B-YARD, WHILE I WAS THERE S/o HERNANDEZ, ³ Tongin STRIP ME OUT. WHILE I WAS THERE I ASKED THEM WHY WAS ALL THIS HAPPENING THE SAID THAT SGT. MC·VIBE WANTED TO SEE ME! THEN SGT MC VIBE CAN CAME INTO THE HOLDING CELL AREA. HE OPENED UP THE CAGE AND START. TO YELL AT ME SAYING I BETTER STOP HARRASSING MY NURSES I TRYED TO TELL HIM THAT THE NURSE REFUSED TO GIVE ME MY MEDICATION THEN WITH HE RIGHT HAND BALD UP IN A CLOSED FIST HE HIT THE INSIDE OF THE CAGE RIGHT IN FRONT OF ME YELLING. SAYING THAT WHAT I SAID DIDNT MEAN NOTHING. THEN HE TOLD ME IN A YELLING WAY THAT! IF I DIDNT DROP A 602 THAT I WROTE ON THAT NURSE MS. SHEILA THIBODEAUX, RN. THAT HE WOULD KILL ME! THEN HE GLANSED AT MY WALKIN STICK "CANE" AND TOLD ME THAT I NEW ABOUT HIM THAT HE DIDNT CARE ABOUT HIS JOB. THAT HE WOULD STAB ME WITH MY OWN CANE. WITH ALL THAT. I FEEL MY LIFE IS IN DANGER AND I'd LIKE TO BE MOVED TO A SAFE INSTITUTION.

I, inmate PALOMARES, E declare under penalty of perjury that the above is true and correct.
Executed this 20TH day of JUNE 2007, at Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960-1050.

_Palomares E_
DECLARANT

Notary Not Required

Declaration of Edward Martinez P65723

I inmate MARTINEZ, E. do hereby declare,
I am a prisoner at Salinas Valley State Prison P.O. Box 1050, Soledad, Ca.
93960-1050. If called to testify concerning the below statment. I could
and would competently testify to the matter below.

On or About Feb, oF 2007 % HERNANDEZ 3/watch S&E on Byard
stopped me As I was walking on the yard, And said, iF Inmate
DALUCA, gets socked up there could be a T.V set in iT, As payment,
I said ok. And walked on. I got An inmate to do it for
the T.V set. It was done Around 3 Days Later in Front of
C/o HERNANDEZ. C/o HERNANDEZ then called the Inmate in
The property Room And gave Him the T.V set. It was Around
A week Later, but before the SuperBowl oF 2007.

I inmate Martinez E, D#65723, declare under penalty oF perjury
that the above is true and correct.

Executed this 21 day of June 2007, at Salinas Valley State
Prison, P.O. Box 1050, Soledad, Ca. 93960-1050.

Edward Martinez D65723
DECLARANT

Notary Not Required.

NAME: *Leon E. Morris*

CDC NO.: *P54809*

CELL NO.: *B-7-112L*

Plaintiff In Pro Se

*United States District Court*

*For The Northern District Of California*

(Insert Court Name And District)

In the matter of        )
                        )
*Leon E. Morris*     , )        CASE NO.: _____
    Plaintiff,          )
                        )       EX PARTE MOTION FOR ASSIGNMENT
vs.                     )       OF COUNSEL, AND SUPPORTING
                        )       MEMORANDUM OF POINTS AND
*Fmr. Dir. J. Woodford* ,)      AUTHORITIES AND DECLARATION.
    Defendants.  *et al,* )
_____)

TO: THE ABOVE-ENTITLED COURT;

I

INTRODUCTION

1. COMES NOW, *Leon E. Morris* , plaintiff in the
above-entitled matter, pursuant to 28 USC § 1915(d), and moves
the Court for assignment of counsel to assist plaintiff in
further litigation of this action.

2. This Motion is based upon the forthcoming facts,
memorandum of points and authorities, the attached declaration
of plaintiff, as well as all other papers currently on file in
this matter.

-1-

II

## STATEMENT OF FACTS

3. Plaintiff is currently incarcerated at the California

4. Plaintiff currently lacks any meaningful source of income to utilize in employing services of Counsel to provide experienced legal advice and skills to further the litigation of this case.

5. Plaintiff only has limited access to a law library and other materials necessary to facilitate proper legal research; the time permitted to study available legal materials is extremely limited during access periods.

6. Plaintiff is a layman at the law with little experience in the complex and confusing methods of legal research, reasoning, and writing. Plaintiff has virtually no knowledge of proper Federal Procedural Rules, Rules of Court, or Rules of Civil Procedure which are a fundamental necessity and of critical importance to proceed with important discovery and in obtaining certain types of evidence plaintiff believes defendants currently possess or have access to.

7. Plaintiff does not know what papers should now be filed or submitted to the court or defendants, to further the litigation of this case. Plaintiff has attempted to read and understand the Federal Rules of Civil Procedure, but plaintiff has been left predominantly confused regarding appropriate action at this point.

8. Plaintiff sincerely desires to pursue the above-entitled action and seek the relief requested in the original complaint

-2-

1  previously filed in this matter.

2  9. Plaintiff has limited formal education and no education
3  in the law.  Plaintiff does not understand or comprehend complex
4  legal reasoning, standards, or language when attempting to study
5  case precedent, codes, statutes, and other legal publications.
6  Plaintiff was required to enlist assistance of fellow prisoners
7  with limited knowledge of the law, in order to prepare and file
8  the pleadings previously filed with the court; including this
9  current Motion For Assignment Of Counsel.  The assistance of
10  fellow prisoners is nearly non-existent due the confinement
11  conditions of my current housing unit; in fact, it is primarily
12  due to pre-printed forms available in the law library plaintiff
13  was able to submit the instant Motion and other papers on file
14  in this action.

15  ### III

16  ### REASONS THE COURT SHOULD ASSIGN COUNSEL

17  10. Plaintiff is unable to employ counsel; (see Forma
18  Pauperis application on file in the above-entitled action.)

19  11. The issues involved in this matter are complex and it
20  is difficult for plaintiff to understand how to further proceed
21  to press plaintiff's claims to a final resolution.

22  12. The issues involved necessitate serious and complex
23  discovery proceedings to be undertaken by plaintiff in order to
24  prepare for further proceedings on summary judgment or
25  preparation for trial.

26  13. The prison limits plaintiff's access and time with law
27  books and other legal materials necessary to facilitate proper
28  legal research and drafting of papers.

-3-

1    14. Plaintiff has very little legal experience and

2    knowledge of law.

3    15. The interests of justice and the economy of judicial

4    resources would be best served by assignment of counsel to

5    assist plaintiff in this action.

6    DATED: May 30, 2608         _Leon E. Morris_
                                      (Signature)

7                              _Leon E. Morris_
                                      (Print Name)
8

9                              Plaintiff In Pro-Se

10

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19

20

21

22

23

24

25

26

27                              -4-

28

MEMORANDUM OF POINTS AND AUTHORITIES

ARGUMENT

Plaintiff points out there is clear statutory authority under which the District Court may appoint or assign counsel to assist pro se plaintiff in litigating this civil action.; (28 USC § 1915(d); (in relationship to 42 USC § 1983); also see Norris v. Wainwright, (1977) 588 F.2d 130, 133-134; ("fundamental fairness" is the test by which the decision to appoint assistance of counsel rests.)

Another primary consideration is the right of every litigant, rich or poor, to equal consideration before the courts; (Coppedge v. United States, (1962) 369 U.S. 438, 456.) Even without statutory authority federal courts, in a proper situation or prevailing circumstances of a case, may assign counsel to assist an indigent state prisoner plaintiff under the court's supervisory powers and sound discretion; (McNabb v. United States, (1943) 318 U.S. 332, 346-347; also see The Supervisory Power of the Federal Courts, 76 Harv. L. 1656.)

Some courts hold counsel is not necessary "unless the circumstances of the particular case are such that counsel would be vital to attain due process, or access to the courts." (Eskridge v. Rhay, (1965) 345 F.2d 778, 782; Anderson v. Heinze, (1958) 258 F.2d 479, 482, 484; Dillon v. United States, (1962) 307 F.2d 445, 447; Bounds v. Smith, (1977) 430 U.S. 817, 823-832.)

Plaintiff is well aware the United States Supreme Court and Congress have never held a civil litigant has a right to have counsel assigned for assistance in pursuing claims in the

-5-

1   courts.   However, the question of whether or not to assign

2   counsel is solely within the discretion of the court and that

3   sound discretion "requires that counsel be appointed at least in

4   some cases."   (<u>United States v. Wilkens</u>, (1964) 338 F.2d 404,

5   406; <u>United States v. Wilkens</u>, (1960) 281 F.2d 707, 715.)

6      Many entanglements and unnecessary delays and expense to

7   the judiciary and parties may be avoided by assignment of

8   counsel; (<u>Taylor v. Pegelow</u>, 335 F.2d 147, 150.)  At least one

9   District Court has viewed in the context of habeas corpus that,

10   unless the application could be dismissed "summarily," counsel

11   should be assigned to assist the impoverished "layman prisoner";

12   (<u>Cullins v. Crouse</u>, (1965) 348 F.2d 887, 889.)

13      In civil rights actions under <u>42 USC § 1983</u>, to redress

14   injuries inflicted by individuals "acting under color of state

15   law", courts have considered assignment of counsel to be of

16   fundamental importance where the plaintiff (prisoner civil

17   litigant) must conduct discovery to pursue the case and the

18   plaintiff cannot conduct the discovery himself; (<u>Murrell</u>

19   <u>v. Bennett</u>, (1980) 615 F.2d 306, 309.)  Perhaps more

20   importantly, "summary judgment" proceedings against a prisoner

21   plaintiff, unable to secure discovery to ward off such judgment,

22   cannot be permitted against a layman prisoner plaintiff unaware

23   of proper opposition to such proceedings; (<u>Ibid</u>, at 310-311.)

24      In this case, as stated in the foregoing facts and

25   forthcoming attached declaration, plaintiff has clearly

26   demonstrated he cannot proceed further in litigating this

27   meritorious proceeding without assistance from someone

28   knowledgeable in the intricacies entailed in pursuit of this

-6-

1    type of proceeding.

2                            CONCLUSION

3          WHEREFORE, the foregoing reasons and any others deemed

4    appropriate by the court, plaintiff prays the court assign

5    counsel to in further pursuit of this action.

6          DATED May 30, 2008 .        Respectfully submitted,

7

8                                    _____
                                            (Signature)

9

10                                   _____
                                           (Print Name)

11                                   Plaintiff In Pro-Se

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                              -7-

28

DECLARATION SUPPORTING MOTION FOR COUNSEL

I, _Leon E. Morris_____, declare the following:

1. I am the plaintiff in the above-entitled action.

2. I am currently a state prison inmate with no meaningful source of income to utilize in employing assistance of counsel.

3. My personal attempts to read law books, Rules of Court and Court Procedures have resulted in utter confusion and furthered my inability to comprehend what action I should take next to further prosecute this action.

4. I have had to obtain the assistance of other prisoners, who appeared to have some knowledge of law, under very difficult and restrictive conditions to assist me in writing and filing the papers currently on file before the court.

5. I am a mentally ill patient, taking 600 mg. Seroquil daily, Prozac 20 mg. daily, Resparadel 40 mg daily and 100 mg. Benedril a day. These meds. make comprehension, focus impossible.

6. The prisoners in ad. seg./the hole that help me are about to transfer to another gulag. Some of the defendants thave transfer and an atty. is needed to locate them. I'm E.O.P.

7. I've been malicious, deliberately and blatantly persecuted, oppressed, abused, maltreated and tortured and need an atty.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on (date) May 30, 2008, at (place) Folsom, C.S.P., Represa, California.

_Leon E. Morris_
(Signature)

Plaintiff In Pro-Se

-8-

EXHIBITS

MORRIS P-54809 D8 232

CD: HCSD-ASU MED/MAR FORM Style #3 (01/93)

## MEDICATION ADMINISTRATION RECORD

For the Month of: **Aug**   Year: **2005**

| NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial | NAME OF RN/MTA | Initial |
|---|---|---|---|---|---|---|---|
| Garcia MD | | Urena, E. MTA | | | | | |

---

**620460- 0    DR: EXUM, WADE**
QUETIAPINE (SEROQ) 200MGTAB    ·28
2 TAB IN PM
*** NAM ***
Start: 07/27/2005    Stop: 08/10/2005

**620461- 0    DR: EXUM, WADE**
QUETIAPINE (SEROQ) 100MGTAB    28
1 TAB IN AM & PM
*** NAM ***    AR
Start: 07/27/2005    Stop: 08/10/2005

**DIPHENHYDRAMINE 50MG CAP    28    P-54809**
TAB IN PM
* NAM ***    AR
: 623227- 0 08/09/05 11/07/05

**QUETIAPINE (SEROQ) 200MGTAB    28    P-54809**
TAB IN PM
* NAM ***    AR
: 623225- 0 08/09/05 11/07/05

**QUETIAPINE (SEROQ) 100MGTAB    28    P-54809**
TAB IN AM & PM
* NAM ***    AR
: 62329A- 0 08/09/05 11/07/05

**?OXETINE 20MG CAP    14    P-54809**
TAB IN OM
* NAM ***    AR
: 623225- 0 08/09/05 11/07/05

**??????? ???? ???    ??    P-54809**
??? ?? ??
* NAM ??? ??
: ??? ????? ? ????    ??
*DC TRAMA
***** DIS
***** DIS
RX: 62358

**TRAMADOL 50MG TAB    42    P-54809**
1 TAB 3 TIMES A DAY
*** DOT ***    AR
RX: 527865- 0 08/26/05 12/04/05

---

## Clark Adaptive Support Evaluation: ☐ Phase III Initial ☐ Phase IV Follow-up

Sources Utilized: ☒ Inmate ☐ C-File ☐ Medical Record ☐ Teacher
☐ Correctional Officer ☐ Employer ☐ Other:

**Results:** ☒ DD0 ☒ NDD ☐ DD1 ☐ D1A ☐ DD2 ☐ DD3

Check one:
☐ Regional Center Consumer
☐ Potential Regional Center referral *(possible developmental disability before age 18)*
☒ Not eligible for Regional Center referral *(no developmental disability before age 18)*

Primary Language English   Ethnicity A. Stranded   Marital Status Married

☐ For DD1, D1A, DD2 and DD3, summary of adaptive support needs:
☐ For NDD and DD0, justification for exclusion:

I/M's emotional functioning appears to be
intruding on his cognitive functioning.
I/M needs to be stabilized emotionally
& then reassessed.

Clinician, Title (print) _____ Signature _____ Date _____

If Clinician is unlicensed, Licensed Clinician reviewer Signature: _____ Date _____

### A.   VERBAL COMMUNICATION / MEMORY

*Quality and accuracy of narrative speech, e.g., speaks in full sentences, uses details in describing stories, displays sense of humor, appropriate small talk; receptive capacity; attention span: short and long term memory*

| Questions | Summary of Findings (not just verbatim answers) |
|---|---|
| What is your birth date? ✓ | "As stranded in Am" = should be w/ family — |
| Where were you born? Chicago, IL | having stmt problem. |
| Can you recite your home address? N/A | in Mexico |
| What do you plan to do in prison? ∅ | "in prison since '99 |
| How well do you follow instructions? w/problems | |
| How easy is it for you to pay attention in a classroom? same problems | sentences is 3 to Life for Murder 2 & & didn't do it |
| What did you have for dinner last night? | lived in Mexico in Nuevo Leon — w/ wife + children — 5 girls |
| Who do you live with in the community? | |
| When is your release date? N/A — die here | |
| What will you do when you get released? | ∅ to do, ∅ ₵ Cut recall how |

MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES

File under DATA in the MENTAL HEALTH section of the UNIT HEALTH RECORD

CDC Form MH 3 [12/5/01]

Confidential Client/Patient Information
See W & I Code, Section 5328

| Last Name: Morris | First Name: Leon | MI: |

CDC # P 54 809   DOB 5/20/65

40 y.o.

JAN 0 6 2004

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: All Staff, Clinicians, Treatment Teams

### B. ACADEMIC/WORK

*Degree of success in school/work settings; ability to read/write basic correspondence, such as 602, sick call, letters home*

| | Summary of Findings (not just verbatim answers) |
|---|---|
| 1. How far did you go in school? BA in Buss Ad. | U. of Missoury K. city, MO '89 |
| 2. What kind of grades did you get? | HS - Mo + Chicago = U. of Islam |
| 3. Were you in Special Education classes? NO | |
| 4. What type of program do you want in prison? | → HS → B+ C's |
| 5. What kinds of jobs have you had (including in prison)? | Dean's List in College |
| 6. What is the longest you worked at one place? own by | → in Mexico, own biz - lang institute |
| 7. Why did you leave your jobs? ✓ | taught biz people Sp + Eng. |
| 8. What do you enjoy reading? | left by when arrested for crime in CA |
| 9. Can you please read this paragraph? (See page 5 for 2nd and 4th grade ✓ paragraphs. | - MO. had catering biz - managed that in summers |
| 10. Please write your name, CDC# and date (use page 5)? ✓ | |
| 11. Please write the following: *The apple is red.* ✓ *Winter is the coldest season of the year.* ✓ | |

### C. SELF-CARE

*Current presentation, e.g. unkempt, strong body odor; ADLs prompted or self-initiated; current cleanliness of cell; chores prompted or self-initiated; basic awareness of health maintenance*

| | Summary of Findings (not just verbatim answers) |
|---|---|
| · Who tells you when to take a shower? ✓ | Guard |
| · How often do you brush your teeth? ✓ | several x day |
| · Do you sometimes need reminders to shower or brush your teeth? Sometimes | Saw Dr. Hoban 10 days ago |
| · How do you make sure you have clean sheets and clothes? They give them to me | |
| · Is your cell clean and organized? How do you share chores with your cellie? Cellie cleans it | |
| · What are some things you can do when another inmate is coughing and sneezing? I DK | Voices SSI/HI |
| When outside prison: | |
| What do you do to stay clean? take bath | |
| Who did your laundry? My wife | |
| How did you arrange to see a doctor? I did → I never saw a doctor → I was never sick | |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | File under DATA in the MENTAL HEALTH section of the UNIT HEALTH RECORD | Last Name: Morris | First Name: | MI: |
|---|---|---|---|---|
| CDC Form MH 3 [12/5/01] | | | | |
| Confidential Client/Patient Information See W & I Code. Section 5328 | | CDC # 254809 | DOB | |

State of California, Department of Corrections — Institution: _____    Page Number 3 of 4

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams

### D.    SELF-DIRECTION

*Level of reliance on others for basic needs*

**Summary of Findings (not just verbatim answers)**

1. Can you read the time? (Ask to read watch or clock or use clock on p. 5) ✓
2. Let's say it's 2:45. Someone tells you to come back in 15 minutes. What time do you come back? — would ask check why come back — 3 PM
3. If you use a dollar to buy something that costs $.35, how much change should you get back? — DK b/c I never have $
4. How do you make purchases from the canteen? — I don't — wife
5. What kinds of things can you cook for yourself? — Everything — I'm V. painful / tearful

I'm just waiting to die. There's Ø

When outside prison:

5. Who took care of your money? — me
7. Who bought your groceries and cooked for you? — We did everything tog. (wife + H/m)
8. Do you have a driver's license? — Yes
9. How do you find out which bus to take? — I don't take bus
0. Have you ever received assistance from a Regional Center? — What's that?

I'm state's not getting meds — Seroquel Neurontin Zyprexa

### E.    SELF-ADVOCACY/USE OF INMATE RESOURCES

*Level of naiveté regarding prison culture, routine, available resources; adherence to rules, schedule*

**Summary of Findings (not just verbatim answers)**

What is a 602? Have you filed one? — Yes
How much does it cost to file? — DK
What do you do when you feel sick? — I'm never sick — Waiting to see neuro surgeon for 1 year
What do you do when you hear an alarm? Why would you do this? — get down → guards will beat you & kick you if you don't
What do the yellow lines mean? — Ø
If you see an enemy on the yard, what would you do? — I DK
What would you do if the plumbing in your cell or dorm doesn't work? — don't use it — (doesn't talk to custody)
What happens at classification hearings? — diff things — stay here or go someplace else
What is a Correctional Counselor? — A misnomer
What does a Parole Agent do? — Harass you — I DK
What are conditions of parole?

A waste of time

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES CDC Form MH 3 (12/5/01) Confidential Client/Patient Information See W & I Code Section 5328 | File under DATA in the MENTAL HEALTH section of the UNIT HEALTH RECORD | Last Name: Morris  First Name:  MI: |
| --- | --- | --- |
| | | CDC # P 5 4 5 C 9    DOB _____ |

## F. SOCIALIZATION

*Ability to interact socially, e.g. small talk, humor; phone/written contact with friends/family; nature of interactions with peers/staff (e.g. taken advantage of; prompted by other inmates to break rules); ability to cope with stressors of prison; ability to control anger; use of staff to resolve problems (review pattern of 128s and 115s)*

| | | Summary of Findings (not just verbatim answers) |
|---|---|---|
| 1. | Have you ever had a best friend? | When I was little. Another one too. |
| 2. | Is it usually easy or hard for you to make friends? | I don't want a friend. Just my wife. |
| 3. | Are people usually mean to you or nice? | I don't deal w/ people |
| 4. | What do you do if someone keeps bugging you? | They don't bug me. But did ignore them. |
| 5. | What is a 115? Have you received any? | When do something wrong. Yes. |
| 6. | Have you been pressured to do things you did not want to do? What did you do? | NO |
| 7. | Have you been pressured to give up your property? What did you do? | NO |
| 8. | Have you gotten into any verbal or physical fights in prison? If so, what happened? | Yes, people don't want me do cellie & treat me up. |
| 9. | Did you need help from others in the community to take care of yourself? | |
| 10. | What are/were your responsibilities in your family? | |
| 11. | How do you keep in contact with them? | |

## G. LEISURE TIME

*Ability to initiate/participate in recreational activities; use of time on yard and in cellblock*

| | | Summary of Findings (not just verbatim answers) |
|---|---|---|
| 1. | What are your hobbies/interests? | No |
| 2. | What sports do you play? | No |
| 3. | How do you pass the time in prison when not working or in school? | Want to die |
| 4. | What do you do with your time on the yard? | Walk + talk w/ Paul, a friend |
| 5. | How do you keep up with the news? | Not imp't. |
| 6. | How do you plan to spend your free time outside of prison? | |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | File under DATA in the MENTAL HEALTH section of the UNIT HEALTH RECORD | Last Name: Morris | First Name: | MI: |
|---|---|---|---|---|
| CDC Form MH 3 [12/5/01] | | | | |
| Confidential Client/Patient Information See W & I Code. Section 5328 | | CDC # P 54 3 09 | DOB | |

JAN 0 6 2004

State of California — Department of Corrections — Salinas Valley State Prison.    CCCMS/Ad Seg

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

Weekly Clinical Monitoring

| Date | Location: | Cell Front | Out of Cell | Other: |
|------|-----------|------------|-------------|--------|

8/30/08
Time: 1050

**Issues Discussed:**

"I need my meds adjusted"

Out of Cell Interview :    (Offered)    (Declined)    Indicated

Recent Stressors:    (None Reported)    Reported:

**S**

I/M's Perception of Psychological Condition:    (Stable)    Remitting    Deteriorating
Comment:

**Mental Status Exam:**
Appearance:    (Appropriate)    Other:

Hallucinations:    (None) –    Auditory    Visual    Olfactory    Tactile
Content:

Thought Processes: (Organized)    Disorganized    Derailment    Pressured
Thought Content (Appropriate)    Obsessions    Delusions    Phobias    Bizarre
Content:

Mood:    Euthymic    Angry    Anxious    (Depressed)    Other    *mild*
Affect:    Animated    Reactive    Flat    Agitated
Comment:

**O**

**Suicide Evaluation:**
Ideation:    (Absent)    Present
Impulses:    (Absent)    Present
Intent:    (Absent)    Present
Potential:    (Minimal)    Mild    Moderate    Severe
Comment:

**A**

**Medication Review:**
Meds Prescribed:    (Yes)    No    I/M refusing psych meds
I/M's perception of effectiveness:    (None)    Partial effect    Fully effective
Adverse Effects:    (None)
Comment:

**Summary and Plan:**
Remission    (Stable)    Deteriorating
Schedule:    Office interview    Psychiatry Referral
(Continue weekly monitoring)
Comment:

**P**

**E**    Educated for psychiatrist

J. Gardi, Ed. D.
Clinical Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | |
|---|---|---|
| | Ad Seg | Last Name: First Name: MORRIS, LEON |
| | | Date: |
| MH 3 (26 March 2001) | CCCMS | DOB: 9/25/52 |
| | | CDC # P54809 |

Confidential Client/Patient Information
See W & I Code, Section 5328

REC'D SEP 16 2005

State of California          Department of Corrections          Salinas Valley State Prison
CCCMS EOP Ad Seg CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES All Staff, Clinicians

**Date:** 10/5/04 930

**Location:** Cell Front (Out of Cell) Other: Weekly 1:1 case management meeting

*no well seen 8 days — difficulty ÷ sleep, appetite, ↑ A/H, paranoia, i/m angry about 115 about going to tower a cellie.*

## Objective:

*— no well for past 2 days.*

Taking Medication: Yes (No) not on medication

Disciplinary Problems: Yes (No)

Suicidal: Yes (No)

Mental Status: (Alert & oriented)

Appearance: (wnl) other

Perceptual Disturbance: wnl    other  — no observed, i/m c/o ongoing A/H.

Thought Process: (wnl) other

Thought Content: (wnl) other  logical, goal directed.

Mood: *stress —*

Affect: (mood congruent) not congruent

Behavior: (wnl) other:

**Assessment:** I/M's psy sx are (stable)/ unstable ; and his adjustment, coping and functioning (are)/ are not adequate. Explanation (if any):

**Plan/Education:** Proceed as per current tx plan in place, and as the operational status of the yard permits.

Other: *Increase ÷ PT signed psych —*

## Signature:

G. Nichols. Ph.D., Licensed Psychologist

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES
MH 3 [26 March 2001]
Confidential Client/Patient Information
See W & I Code, Section 5328

| LEVEL OF CARE: | |
|---|---|
| ADSEG / EOP | Last Name: Morris<br>First Name: Leon<br>DOB: 25 September 1952<br>CDC #   P 54 80 9 |

OCT 13 2004

State of California — Department of Corrections — Salinas Valley State Prison

CCCMS EOP Ad Seg CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES All Staff, Clinicians

**Date:**

**Location:** Cell Front / (Out of Cell) / Other: Weekly 1:1 case management meeting

Suggested to 600 – 800 per [illegible] report. Discussed court appearance 11/9/04 – discussed coping and present [illegible], and need to avoid victim role.

## Objective:

Taking Medication: (Yes) No not on medication

Disciplinary Problems: Yes – (No)

Suicidal: Yes (No)

Mental Status: (Alert & oriented)

Appearance: (wnl) other

Perceptual Disturbance: (wnl) other

Thought Process: (wnl) other

Thought Content: (wnl) other

Mood: [illegible]

Affect: (mood congruent) / not congruent

Behavior: (wnl) other:

**Assessment:** I/M's psy sx are (stable) / unstable ; and his adjustment, coping and functioning (are) / are not adequate. Explanation (if any):

**Plan/Education:** Proceed as per current tx plan in place, and as the operational status of the yard permits.

Other:

**Signature:** [signature]

G. Nichols, Ph.D., Licensed Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [26 March 2001] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE: ADSEG / EOP | Last Name: Morris<br>First Name: Leon<br>DOB: 25 September 1952<br>CDC #: P 54 80 9 |
|---|---|---|

SEP 29 2004

State of California — Department of Corrections — Salinas Valley State Prison — Ad-Seg/CCCMS Program
CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES — All Staff, Clinicians, Treatment Teams

| | |
|---|---|
| **Date:** 9/29/04  **Time:** 940  **Subjective** | A scheduled interview with the inmate was not held on: 2 August 2004. A cellfront follow-up interview with the inmate was conducted today to evaluate the need to reschedule another interview. <br> Type of interview: <br> ☑ Routine Case Management Interview <br> ☐ IDTT <br> ☐ Inmate Requested Interview <br><br> The reason the interview was not held: <br> ☐ Inmate refused to attend the interview <br>      Inmate's stated reason for not attending the interview was: <br><br> ☐ The interview had to be cancelled <br>      Reason interview was cancelled: <br>      C   Custody staff not available <br>      Y   Yard is locked down <br>      M   Inmate moved to another yard/prison/paroled <br>      S   Clinician not available, reason: <br>      T   I/M at CTC for medical/psychiatric reasons <br>      L   Inmate out to court <br>      O   Other: |
| **Objective** | **Brief Mental Status Exam** <br> Hallucinations ✓ _stable - chronic_ <br> Delusions <br> Suicidal ideation/impulses/Intent <br> Mood/Affect _stress about court and family birthday_ <br><br> Inmate's perception of current mental health stability: _stress_ <br><br> Inmate's perception of current stressors, crises: _family findings and court._ |
| **Assessment** | **Clinical Comments:** _I/M states about comd until ___ coping and often margnt._ |
| **Plan/ Education** | Does Inmate request an out of cell interview? <br> (Yes)  No <br> Is an out of cell interview clinically indicated? <br> (Yes)  No <br> ☑ Continue routine weekly out of cell case manager appointments <br> ☐ Reschedule out of cell interview <br> ☐ PRN welfare checks <br> ☐ Psychiatry referral <br> ☐ Cellfront follow-up in    days <br><br> _____ Clinician Name <br> Clinician Title |

Mental Health Interdisciplinary Progress Notes
MH-3 (26 March 2001)
Confidential Client/Patient Information
See W & I Code Section 5328

LEVEL OF CARE
EOP

| | |
|---|---|
| Last Name: | Morris |
| First Name: | Leon |
| Date: | |
| Time: | |
| House: | D2-210U |
| CDC: | P54809 |

SEP 23 2004

| State of California | Department of Corrections | Salinas Valley State Prison | EOP Program |

Additional Page and/or update page. Use with Assessments, Data Base, Treatment Plan
☐ Insert as Additional Information:
☐ Add to Top as Update or Correction

| Page | Section | IDTT UPDATE FOR EOP |
|------|---------|---------------------|
| DATE | 9/8/04 | BACKGROUND INFORMATION: Hx of depression,social isolation,mood induced aggressive behavior.I/M also has good job performance .  I/M more receptive to expressive therapies. |
| TIME | 10am | |
| | | |
| | | DIAGNOSIS: AXIS I: 295.70 |
| | | AXIS I: |
| | | AXIS II:ASPD with paranoid and narcissistic features |
| | | AXIS III: Deferred |
| | | AXIS IV: none per I/M report |
| | | AXIS V: 45 |
| | | |
| | | CURRENT COMPLIANCE WITH TREATMENT (INCLUDING MEDICATION COMPLIANCE): I/M has remained fairly stable, although is prone to stress related depression and paranoid idation. |
| | | |
| | | CURRENT LENGTH OF STAY (LOS) IN EOP: 7/03 |
| | | |
| | | CURRENT TREATMENT PLAN/GOALS:  1)  Continue to reinforce adaptive coping and stress management  skills. 2) Improve  strss management skills and reality testing 3). Help I/M develop coping plan to improve communication related to symptoms 4) Psychiatry to follow with medication protocol. 5) Group  therapy to be assigned .7) Prepare I/M for CCCMS level of care. |
| | | |
| | | |
| | | CURRENT LEVEL OF FUNCTIONING & PROGRESS (STEP IN EOP): I/M is showing longer periods of cognitive and mood stabilization. |
| | | |
| | | RECOMMENDATIONS/GROUPS ASSIGNED/MODIFICATIONS TO TREATMENT: Groups Assigned: See MH 1. |
| | | |
| | | LEVEL OF CARE & ANTICIPATED LOS:  Retained in EOP |
| | | |
| | | IDTT SIGNATURES: |
| | | J. Saarman, Ed.Ph.D.  Sr. Psychologist          Orling, PhD, Psychologist |
| | | G. Nichols, Ph.D. STAFF PSYCHOLOGIST |
| | | PSYCHIATRIST |
| | | CCI/ CCII |

| MENTAL HEALTH ASSESSMENT<br>MENTAL HEALTH DATABASE<br>MH 2 [26 March 2001]<br>Addendum:  Add-d-Page/Insert-a-Page | LEVEL OF CARE:<br><br>EOP | Last Name: MORRIS<br>First Name: LEON |
| --- | --- | --- |
| Confidential Client/Patient Information<br>See W & I Code. Section 5328 | | CDC #: P54809     DOB: 9/25/52 |

SEP 03

State of California    Department of Corrections    Salinas Valley State Prison    EOP

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| | |
|---|---|
| Date: 5/27/04<br><br>Time: 1845<br><br>(Out of Cell)<br><br>Refusal f/u<br><br>Cell Front | ID Information:  Age:        Race:        1st CDC Arrival:        Points:    EPRD:      DDP:<br><br>Sleep: Good (Fair) Poor            Appetite: (Good) Fair Poor            Energy Level: (Good) Fair Poor<br><br>Taking Medications: (Yes)  No   No Rx      Disciplinary Problems: Yes  (No)  Homicidal Ideation (None noted or stated)<br><br>Medication Problem:  Yes    No    Not getting    I/M requesting change    Intermittent Compliance<br><br>**S**  Issues Discussed:  Since no acute distress. coop, would delibtn. |

**O**  Mental Status:

General Appearance: (WNL)  Poorly Groomed  Odor Apparent  Disheveled  Bizarre  Effeminate

Eye Contact:  Appropriate  Averts gaze  (Minimal)  None  Glaring/Intense

Speech: (WNL)  Excessive  Incoherent  Mute  Rapid  Slow  Stammer  Slurred  Disorganized  Poverty

Behavior: (Cooperative)  Dismissive  Evasive  Guarded  Menacing  Withdrawn  Enraged  Restless  Silliness  Agitated
            Argumentative  Passive  Resistant  Suspicious  Intimidating

Mood:  Euthymic (Dysphoric)  Irritable  Anxious  Angry  Elevated  Expansive        Stated:

Affect:  Appropriate  Inappropriate (Flat)  Blunted  Constricted  Labile  Sad  Angry  Anxious  Elated

Thought Process:  WNL  Circumstantial  Tangential  Flight of Ideas  Word Salad  Slowed  Blocking  Loosening

Thought Content (WNL)  Compulsions  Obsessions  Ruminations  Phobias  Anxieties  Distortions  Exaggerations

Delusions: (WNL)  Withdrawal  Insertion  Outside Control  Paranoid  Grandiose  Erotic  Religious

Perceptual Disturbance:  Denied  AH  VH  chronic but not acute Coly.

Suicidal Ideation:  (Absent)  Present But No Plan    Has Current Plan    Recent Attempt    History of Attempt

**A**  Assessment:  Since. slight no acute distress. Some mood irritably, but since at this afur.

**P**  Plan:  Cont, mont, Supp.

**E**  Education of the Patient:

Signature: _____    G. Nichols, Ph.D.   Clinical Psychologist

| | | |
|---|---|---|
| MENTAL HEALTH<br>INTERDISCIPLINARY PROGRESS NOTES<br><br>MH 3 [October 5, 2001]<br>Confidential Client/Patient Information<br>See W & I Code. Section 5328 | LEVEL OF<br>CARE:<br><br>EOP | Name:  Morris, Leon<br>DOB: 25 September 1952<br>CDC #:  P 54 80 9<br><br>HOUSE: D3  219 U<br><br>JUN 0 3 2004 |

| State of California | Department of Corrections | | Salinas Valley State Prison |
|---|---|---|---|

CCCMS EOP Ad Seg CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES All Staff, Clinicians

Date:
Wed
4 Feb 2003
Time:
1045

Location:    [Clinic Office]    Cell Front    Other:

# Subjective:

Issues Discussed:

1. 'Im reports improvement following Recent psych med change
   — ↓ Frequency, intensity of hallucinations, delusions
      and Racing thoughts
   — ↑ Ability to "concentrate," distract himself from
      hallucinations.
2. Reviewes techniques to distract himself from hallucinations.
3. Discussed cellmate conflicts

# Objective:

Taking Medication:        (Yes)    No    N/A See Above, denies NF

Disciplinary Problems:    Yes    (No)    N/A

Suicidal:                 Yes    (No)    N/A

Mental Status:

Appearance:  Appropriate

Perceptual Disturbance: See Above

Thought Process: Clear, Coherent

Thought Content: ↓ Paranoia

Mood: Mild depression

Affect: Calm

Behavior: Cooperative

# Assessment: Positive response to change in psych meds.

# Plan/Education: Continue EOP treatment regimen

Signature: [signature] Barry Michael Balch, Ph. D. Clinical

Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [26 March 2001] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE: CCCMS EOP Ad Seg | Last Name: Morris First Name: Leon Date:  Wed, 2004-02-04 Time:  1045 DOB:  25 September 1952 House:  D3  219 U CDC #  P 34 30 3 |
|---|---|---|

| State of California | Department of Corrections | Salinas Valley State Prison |
|---|---|---|

CCMS EOP Ad Seg CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES  All Staff, Clinicians

| Date:<br>Wed<br>6 Feb 2003<br>Time:<br>0930 | Location:    Clinic Office    Cell Front    Other: |
|---|---|

# Subjective:

Issues Discussed:

1. Introduces New Care Manager
2. Discusses conflict with cellmate

# Objective:

Taking Medication:  (Yes)  No  N/A

Disciplinary Problems:  Yes  (No)  N/A

Suicidal:  Yes  (No)  N/A

Mental Status:

Appearance:  Appropriate

Perceptual Disturbance:  In remission plus 4m

Thought Process:  Clean, coherent

Thought Content:  Confirms w/out Demons killing his cell.

Mood:  Euthymic

Affect:  calm

Behavior:  cooperative

# Assessment:  Poorly stabilized paranoid psychosis

# Plan/Education:  Psych line — wants to ↑ psych meds.

| Signature: | Barry Michael Balch, Ph. D. Clinical<br>Psychologist |
|---|---|

| MENTAL HEALTH<br>INTERDISCIPLINARY PROGRESS NOTES<br>MH 3 [26 March 2001]<br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | LEVEL OF<br>CARE:<br>CCMS<br>EOP<br>Ad Seg | Last Name: Morris<br>First Name: Leon<br>Date:    Wed, 2004-02-06<br>Time:    0930<br>DOB:    25 September 1952<br>House:    D3 219 U<br>CDC #    P 54 30 9 |
|---|---|---|

State of California     Department of Corrections     Salinas Valley State Prison     CCCMS:B

Facility CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:     All Staff, Clinicians, Treatment Teams.

ID Information:  Age:     Race:     1st CDC Arrival:     Points:     EPRD:     DDP:

Date:
5/9/03

Sleep: Good Fair Poor _Very tired_  2-3 hours     Appetite: Good Fair Poor     Energy Level: Good Fair Poor  _Very poor_  _"not de stat"_

Taking Medications: Yes No—No Rx     Disciplinary Problems: Yes No   Homicidal Ideation: None noted or stated

Time:

Medication Problem: Yes  No     Not getting  I/M requesting change   Intermittent Compliance

Location:
A Clinic
A Hobby
A H/U

S   Issues Discussed: I/m states that he is paranoid (very), thought insertion, "violent voices", depression, is afraid to talk to anyone. According to H.U. records & his reports, he has not done any ADL's out of cell for a long time. E.O.P. O/C'ed in Jan., O.T.C. (Suicide)

O   Mental Status:  — Feb. + now for p.tot have months. Very vegetable. Contract to talk to C.O. if Sx. Unresponsive to keep self safe.

General Appearance: WNL  Poorly Groomed  Odor Apparent  Disheveled  Bizarre  Effeminate

Eye Contact: Appropriate  Averts gaze  Minimal  None  Glaring/Intense

Speech: WNL  Excessive  Incoherent  Mute  Rapid  Slow  Stammer  Slurred  Disorganized  Poverty

Behavior: Cooperative  Dismissive  Evasive  Guarded  Menacing  Withdrawn  Enraged  Restless  Silliness  Agitated
Argumentative  Passive  Resistant  Suspicious  Intimidating

Mood: Euthymic  Dysphoric  Irritable  Anxious  Angry  Elevated  Expansive     Stated: "I am never up"

Affect: Appropriate  Inappropriate  Flat  Blunted  Constricted  Labile  Sad  Angry  Anxious  Elated

Thought Process: WNL  Circumstantial  Tangential  Flight of Ideas  Word Salad  Slowed  Blocking  Loosening

Thought Content: WNL  Compulsions  Obsessions  Ruminations  Phobias  Anxieties  Distortions  Exaggerations

Delusions: WNL  Withdrawal  Insertion  Outside Control  Paranoid  Grandiose  Erotic  Religious

Perceptual Disturbance: Denied  AH  VH  "hurt self or other people"

Suicidal Ideation: Absent  Present But No Plan  Has Current Plan  Recent Attempt  History of Attempt

A   Assessment: I/m suicidal ideation w/ no plan, poor, Sx of psychosis is active. Highly probable upgrade to EOP status.

P   Plan: See on 5/14/03 for I.D.T.T. for Rx. eval. for + Sx. of psychosis & possible reclass. for E.O.P.

E   Education of the Patient: ✓  p. LE JARM.

Signature: _____  K. Hibbard, Ph.D.   Waivered Clinical Psychologist

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES

LEVEL OF CARE:
CCCMS

Last Name:
First Name:

MH 3 [October 5, 2001]

CDC #:     DOB: 5/20/63

Confidential Client/Patient Information
See W & I Code, Section 5328

State of California          Department of Corrections          Salinas Valley State Prison

(CCCMS) EOP (Ad Seg) CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES All Staff, Clinicians

| Date: | Location: | Cell Front | (Out of Cell) | Other: |

**Date:** 8/26/05
**Time:** 1330

## Subjective:
Issues Discussed: I/M finally convinced to exit cell & meet c this CM (his CM) & Dr. Lee (HCM) now that he accepted a sack lunch earlier today. This I/M has been on a hunger strike for $\frac{1}{2}$ just short of 2 wks. for variety of reasons that have varied over time from meds. issues, property/legal prop. issues, diet issues & more. He threw a sheet off on cell door, stating he would talk only to CDW or Warden. Profanely told CM to get away from door initially, followed by ...

## Objective: speaking to CM — NOTE: He has been offered weekly 1:1 OOC's c CM since he came to I ($\pm 2^+$ mos. ago) & has NEVER accepted an OOC. I/M often has valid chronos for what he wanted & I/M was ... Dr. Lee agreed that if he ha only come OOC & discussed these issues c CM — all of above could have been averted

Taking Medication:       (Yes)   No   N/A

Disciplinary Problems:   Yes   (No)

Suicidal:                Yes   (No)

Mental Status:

Appearance: Appropriate [✓]

Perceptual Disturbance: Denied [ ]   — claims "demons voices"

Thought Process: Appropriate [ ]

Thought Content: Appropriate [ ]

Mood: Euthymic/drained

Affect: Appropriate [✓]

Behavior: Appropriate [✓]

## Assessment: I/M agrees that he will no long go on hunger strike & will work on issues c all concerned — CM & c/o's. (NOTE: I/M & CM did NOT know ...

## Plan/Education: ... other prior to his arrival in D... so personalities was NOT an iss... I/M is ex-EOP & has never been pleased c this. Continue to follow, monitor & reinforce I/M

Signature: _____  J. J. Gardi, Ed. D., Clinical Psychologist

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES
MH 3 (26 March 2001)
Confidential Client/Patient Information
See W & I. Code, Section 5328

LEVEL OF CARE:
(CCCMS)
EOP
(Ad Seg)

Last Name:  **MORRIS, LEON**
First Name:
Date:
Time:
DOB:  **9/25/52**
House:
CDC #  **P54809**

REC'D SEP 14 2005

| State of California | Department of Corrections | Salinas Valley State Prison | CCCMS:B |
|---|---|---|---|

Facility CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

ID Information: Age:    Race:    1st CDC Arrival:    Points:    EPRD:    DDP:

**Date:** 7-16-03

Sleep: Good Fair/Poor    on and off no sleep for a lot of days.    Appetite: Good Fair Poor    Energy Level: Good Fair Poor

Taking Medications: Yes No No Rx    Disciplinary Problems: Yes/No    Homicidal Ideation: None noted or stated

**Time:**

Medication Problem: Yes No    Not getting    I/M requesting change    Intermittent Compliance

**Location:**
A Clinic
A Hobby
A H/U

S    Issues Discussed:    I/m has been in extreme physical pain, paresis, radiculopathy due to dislodged bullet & probable c-5/6, c-7/8 nerve root or nerve compression. I/m is depressed & having a hard time dealing w/ lock down, loss of his arm, & severe chronic pain.

O    Mental Status: I/m is unstable & needs medical help for his severe chronic pain, needs EOP, but they will not take him.

General Appearance: WNL    Poorly Groomed    Odor Apparent    Disheveled    Bizarre    Effeminate

Eye Contact: Appropriate    Averts gaze    Minimal    None    Glaring/Intense

Speech: WNL    Excessive    Incoherent    Mute    Rapid    Slow    Stammer    Slurred    Disorganized    Poverty

Behavior: Cooperative    Dismissive    Evasive    Guarded    Menacing    Withdrawn    Enraged    Restless    Silliness    Agitated
Argumentative    Passive    Resistant    Suspicious    Intimidating

Mood: Euthymic    Dysphoric    Irritable    Anxious    Angry    Elevated    Expansive    Stated:

Affect: Appropriate    Inappropriate    Flat    Blunted    Constricted    Labile    Sad    Angry    Anxious    Elated

Thought Process: WNL    Circumstantial    Tangential    Flight of Ideas    Word Salad    Slowed    Blocking    Loosening

Thought Content: WNL    Compulsions    Obsessions    Ruminations    Phobias    Anxieties    Distortions    Exaggerations

Delusions: WNL    Withdrawal    Insertion    Outside Control    Paranoid    Grandiose    Erotic    Religious

Perceptual Disturbance: Denied    AH    VH _____

Suicidal Ideation: Absent    Present But No Plan    Has Current Plan    Recent Attempt    History of Attempt

A    Assessment: I/m is rapidly deteriorating & I did chono him w/ Dr. Welchan for EOP but they said he went on hunger strike last time so won't take him.

P    Plan: Called Dr. Lee (CMO) as I have called CTC & Dr. Bowman 2X. ② See psychiatry for Rx. re-eval ③ 4/n to provide support.

E    Education of the Patient: See for pain management.

Signature: K. Hibbard, Ph.D. Waivered Clinical Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name: Morris) |
|---|---|---|
| MH 3 (October 5, 2001) | CCCMS | First Name: Leon |

CDC #: P 54 30 9    DOB: 12- '54

Confidential Client/Patient Information
See W & i Code, Section 5328

REC'D JUL 33 2008

State of California    Department of Corrections    Salinas Valley State Prison    CCCMS:B

Facility CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

ID Information: Age:    Race:    1st CDC Arrival:    Points:    EPRD:    DDP:

**Date:** 6/3/02

**Time:**

**Location:**
A Clinic
A Hobby
A H/U

Sleep: Good Fair Poor    Appetite: Good Fair Poor    Energy Level: Good Fair Poor

Taking Medications: Yes    No    No Rx    Disciplinary Problems: Yes    No    Homicidal ideation: None noted or stated

Medication Problem: Yes    No    Not getting    I/M requesting change    Intermittent Compliance

S    Issues Discussed: "Everything is moving so fast it is like a movie in fast motion, right now. Bullet in neck has moved down his arm & is causing neuropathy, parelsis, Sig. motor loss.

O    Mental Status: Refu

General Appearance: WNL    Poorly Groomed    Odor Apparent    Disheveled    Bizarre    Effeminate

Eye Contact: Appropriate    Averts gaze    Minimal    None    Glaring/Intense

Speech: WNL    Excessive    Incoherent    Mute    Rapid    Slow    Stammer    Slurred    Disorganized    Poverty

Behavior: Cooperative    Dismissive    Evasive    Guarded    Menacing    Withdrawn    Enraged    Restless    Silliness    Agitated

Argumentative    Passive    Resistant    Suspicious    Intimidating

Mood: Euthymic    Dysphoric    Irritable    Anxious    Angry    Elevated    Expansive    Stated:

Affect: Appropriate    Inappropriate    Flat    Blunted    Constricted    Labile    Sad    Angry    Anxious    Elated

Thought Process: WNL    Circumstantial    Tangential    Flight of Ideas    Word Salad    Slowed    Blocking    Loosening

Thought Content: WNL    Compulsions    Obsessions    Ruminations    Phobias    Anxieties    Distortions    Exaggerations

Delusions: WNL    Withdrawal    Insertion    Outside Control    Paranoid    Grandiose    Erotic    Religious

Perceptual Disturbance: Denied    (AH/VH)

Suicidal Ideation: Absent    Present But No Plan    Has Current Plan    Recent Attempt    History of Attempt

A    Assessment: I/M has active psychoses, Chronic pain

P    Plan: See Dr. Welloker for Pr. review & adjustment. Request to medical to sure he gets the x-rays.

E    Education of the Patient: ordered by 30 days

Signature: _____    K. Hibbard, Ph.D.    Waivered Clinical Psychologist

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES

LEVEL OF CARE: CCCMS

Last Name: Morris
First Name: Leon

MH 3 (October 5, 2001)

CDC #: P54820    DOB: 9/25/52

Confidential Client/Patient Information
See W & I Code, Section 5328

State of California        Department of Corrections        Salinas Valley State Prison        CCCMS:B

Facility CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:        All Staff, Clinicians, Treatment Teams.

ID Information: Age:        Race:        1st CDC Arrival:        Points:        EPRD:        DDP:

| | |
|---|---|
| Date:<br>5/27/03<br><br>Time:<br><br>Location:<br>A Clinic<br>A Hobby<br>A H/U | Sleep: Good Fair Poor        Appetite: Good Fair Poor        Energy Level: Good Fair Poor<br><br>Taking Medications: Yes No, No Rx        Disciplinary Problems: Yes No Homicidal Ideation: None-noted or stated<br><br>Medication Problem: Yes  No   Not getting   I/M requesting change   Intermittent Compliance<br><br>**S**  Issues Discussed:  I/m request for interview ("urgent").<br>Pso. & Nbr. Sx- needs ?of & Bx- change. H/I<br>bracked up catatonic & vegetative<br>long time state.<br><br>**O**  Mental Status:        NO AD'S Snd<br>2/0 =><br><br>General Appearance: WNL   Poorly Groomed   Odor Apparent   Disheveled   Bizarre   Effeminate<br><br>Eye Contact: Appropriate   Averts gaze   Minimal   None   Glaring/Intense<br><br>Speech: WNL   Excessive   Incoherent   Mute   Rapid   Slow   Stammer   Slurred   Disorganized   Poverty<br><br>Behavior: Cooperative   Dismissive   Evasive   Guarded   Menacing   Withdrawn   Enraged   Restless   Silliness   Agitated<br>        Argumentative   Passive   Resistant   Suspicious   Intimidating<br><br>Mood: Euthymic   Dysphoric   Irritable   Anxious   Angry   Elevated   Expansive        Stated:<br><br>Affect: Appropriate   Inappropriate   Flat   Blunted   Constricted   Labile   Sad   Angry   Anxious   Elated<br><br>Thought Process: WNL   Circumstantial   Tangential   Flight of Ideas   Word Salad   Slowed   Blocking   Loosening<br><br>Thought Content: WNL   Compulsions   Obsessions   Ruminations   Phobias   Anxieties   Distortions   Exaggerations<br><br>Delusions: WNL   Withdrawal   Insertion   Outside Control   Paranoid   Grandiose   Erotic   Religious<br><br>Perceptual Disturbance: Denied   AH   VH _____        Paranoid<br><br>Suicidal Ideation: Absent   Present But No Plan   Has Current Plan   Recent Attempt   History of Attempt<br><br>**A**  Assessment:   Needs EOP placement<br><br>**P**  Plan:   See Dr. Velohr Rx, Vhungson 5/27/03<br><br>**E**  Education of the Patient:   See for groups<br>     Kristly M. Hibbard Ph.D.<br>     Clinical & Neuropsychologist<br>Signature:        K. Hibbard, Ph.D.   Waivered Clinical Psychologist |

| | | |
|---|---|---|
| MENTAL HEALTH<br>INTERDISCIPLINARY PROGRESS NOTES<br><br>MH 3 [October 5, 2001]<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | LEVEL OF<br>CARE:<br><br>CCCMS | Last Name:   Moore<br>First Name:   Leon<br>CDC #: P 7429  29     DOB: 7/20/6 |

State of California     Department of Corrections     Salinas Valley State Prison                    CCCMS/Ad Seg

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:                    All Staff, Clinicians, Treatment Team

| Date: | Location: | (Cell Front) | Out of Cell | Other: |

8/25/08

| Housing: | Taking Medication: | (Yes) | No | N/A |
| D8 | Disciplinary Problems: : | Yes | (No) | N/A |
| 221 | Current Suicidality: | Yes | (No) | N/A | None noted or stated |
| | Sleep | Good | Fair | (Poor) |

Location:

cf

**Issues Discussed:**

Voices a continuing problem. M.D told him to give it a month, that was two weeks ago. Feels that someone is going to kill him. Voices want him to kill someone else. Physical pains in shoulder. No peace

**Mental Status:**

Appearance: (WNL) Poorly Groomed   Disheveled   Bizarre   Effeminate   Other_____

Behavior: Appropriate Cooperative Dismissive Evasive Guarded Menacing Withdrawn Enraged

Mood: WNL (Dysphoric) Irritable Euthymic Elevated Expansive     Stated:

Affect: Appropriate Inappropriate Blunted Flat Constricted Sad (Anxious) Angry Elated

Thought Process: (WNL) Circumstantial Tangential Flight of Ideas Word Salad Slowed Blocking Loosening

Thought Content: (WNL) Exaggertations Distortions Delusions (withdrawl insertion outside control)

Perceptual Disturbance: Denied (AH) (familiar unfamiliar threatening conversing)   VH

Comment: Awaiting results of MRI from meds do not help. Als waiting for

Assessment: Surgery.

Plan: Refer to M.D re: pain.

Signature: S.W. Smith, Ph.D                    S. Smith. Ph.D. Psychologist

---

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES

MH 3 (October 5, 2001)

Confidential Client/Patient Information
See W & I Code, Section 5528

| LEVEL OF CARE: | Last Name: Morris, | First Name: Leon |
| Ad Seg | CDC #: P54809 | DOB: 9/25/60 |
| CCCMS | | |

EOP

State of California    Department of Corrections    Salinas Valley State Prison    CCCMS/Ad Seg

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:**    All Staff, Clinicians, Treatment Team

| | |
|---|---|
| Date: 8/19/03 | Location: (Call Front)    Out of Cell    Other: |
| Housing: D8 | Taking Medication: (Yes)    No    N/A |
| | Disciplinary Problems: :    Yes    (No)    N/A |
| 221 | Current Suicidality:    Yes    (No)    N/A    None noted or stated |
| | Sleep    Good    (Fair)    Poor |
| Location: CF | Issues Discussed: |

Seroquel was increased, but he has not had any since Sat. Today is Tues. Yesterday and the day before he received only half the Neurontin.

**Mental Status:**

Appearance: (WNL)  Poorly Groomed    Disheveled    Bizarre    Effeminate    Other_____

Behavior: (Appropriate) Cooperative  Dismissive  Evasive  Guarded  Menacing  Withdrawn  Enraged

Mood: WNL  (Dysphoric)  Irritable  Euthymic  Elevated  Expansive    Stated: frustrated

Affect: Appropriate  Inappropriate  Blunted  Flat  Constricted  Sad  (Anxious)  Angry  Elated  upset distressed

Thought Process: (WNL)  Circumstantial  Tangential  Flight of Ideas  Word Salad  Slowed  Blocking  Loosening

Thought Content: (WNL)  Exaggertations  Distortions  Delusions (withdrawl  insertion  outside control)

Perceptual Disturbance: Denied  AH (familiar unfamiliar threatening conversing)  VH

Comment: Waiting for EOP    MTA states that Seroquel was just ordered;

Assessment: distressed

Plan: See next week.

Signature: S.H. Smith PhD    S. Smith. Ph.D. Psychologist

| | | | |
|---|---|---|---|
| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name: Morris, | First Name: Leon |
| MH 3 (October 5, 2001) | Ad Seg | CDC #: P 54909 | DOB: 9/25/52 |
| Confidential Client/Patient Information See W. & I. Code, Section 5328 | (CCMS) | | |

REC'D AUG 2 8 2003

State of California   Department of Corrections   Salinas Valley State Prison    CCCMS/Ad Seg.

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Team:

| Date: 8|4|03 | Location: | Cell Front | Out of Cell | Other: |
| --- | --- | --- | --- | --- |
| | Taking Medication: | Yes   No | N/A | |
| Housing: D8 221 | Disciplinary Problems: : | Yes   No | N/A | |
| | Current Suicidality: | Yes   No | N/A   None noted or stated | |
| Location: | Sleep | Good   Fair | Poor | |

Issues Discussed:

1/m complaining of pain, has a pinched nerve and numbers in left buttock + bottom of left foot. Taking neurontin, but not very helpful.

Mental Status:

Appearance: (WNL) Poorly Groomed   Disheveled   Bizarre   Effeminate   Other_____

Behavior: (Appropriate) Cooperative  Dismissive  Evasive  Guarded  Menacing  Withdrawn  Enraged

Mood: (WNL) Dysphoric  Irritable  Euthymic  Elevated  Expansive      Stated:

Affect: (Appropriate) Inappropriate  Blunted  Flat  Constricted  Sad  Anxious  Angry  Elated

Thought Process (WNL) Circumstantial  Tangential  Flight of Ideas  Word Salad  Slowed  Blocking  Loosening

Thought Content (WNL) Exaggertations  Distortions  Delusions (withdrawl  insertion  outside control)

Perceptual Disturbance: (Denied) AH (familiar unfamiliar threatening conversing)   VH

Comment:

Assessment: mentally me = ok

Plan: See weekly until transfer to EOP

Signature:                                    S. Smith, Ph.D. Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name: morris, | First Name: Leo |
| --- | --- | --- | --- |
| MH 3 (October 5, 2001) | Ad Seg | CDC #: D54809 | DOB: 9/28/52 |
| Confidential Client/Patient Information See W & I Code Section 5328 REV AUG | CCCMS EOP | | |

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

## ADSEG CCCMS IDTT

DATE AND TIME:

8/17/05

1030

This inmate was reviewed in AdSeg CCCMS IDTT this date. Committee members included:

J. Scaramozzino, Ph.D.
J. Gardi, Psychologist/Case Manager
Psychiatrist:
Counselor:

By team decision based on his symptoms and level of functioning, this inmate's MHSDS LOC is:

☐ No Mental Health Services Needed:
   Does not require the Mental Health Delivery System and no Mental Health services.
   His current placement is G.P.

☒ CCCMS Program:
   Has a major mental illness requiring placement in the CCCMS Program. He is
   accepted/continued in CCCMS on this date and will have an IDTT every 90 days.

☐ EOP:
   Has a major mental illness requiring placement in EOP. His next IDTT will be --
   In 90 days.

☐ MHCB:
   Has a major mental illness requiring placement in the MHCB Program. His next
   IDTT will be:_____.

☐ Medical Necessity:
   Meets the requirement for Medical Necessity. Current placement is CCCMS and
   prescribing physician will monitor the inmate.

DX: 311 (Depressive Dis., Nos)
GAF: 65

---

ASU PLACEMENT:    5/18/05

90 DAY REVIEW    I.D.T.T.

---

(Refused to attend)

For the Team:

OALING
J. Scaramozzino, Ph.D., Supervising Psychologist

J. Gardi, Psychologist/Case Manager

Psychiatrist:

Counselor:    J Sandford CCI

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 (1/3/01) Confidential Client/Patient Information See W & 1 Code, Section 5328 | LEVEL OF CARE | Last Name: MORRIS, LEON First Name: DOB: 9/25/52 CDC#: P54809 |
|---|---|---|
| | ADSEG CCCMS | |

REC'D SEP 1 4 2005

State of California. Department of Corrections -- Institution: _____    Prior Page Number : _____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 10-23-05 1300 | I/M Morris was still unhappy about a brief period in which Dr Exum stopped his antidepressant and Benadryl & Cogentin' on 7/2/05 & 7/29/05 & ↓ in Seroquel from 800mg qd to 600mg qd. On 8/8/05 I conti his of Seroquel 600 mg qd. and started Prozac 20mg for depression which he complain about. also I started Benadryl 100mg q.h.s. for EPS and leg cramps (nite only). He is currently on these meds says that he was doing OK. His main concern was that I conti his current meds until he see another psychiatrist. I agreed to do so after checking with my supervisor. Alert, cooperative said current meds were helping. Denied having suicidal plans or being on hunger strike. They were lucid. Plan Conti current ↓ meds. Samuel O Benson MD |
| | / Page # |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code. Section 5328 | LEVEL OF CARE Inpatient Outpatient | Last Name: Morris, First Name: Jean MI: |
|---|---|---|
| | | P54809 CDC # _:_ _ _ _ _    DOB _ _ _ |

State of California Department of Corrections & Rehabilitation
Salinas Valley State Prison Psychiatry Progress Note

Date: 1/31/0_ Time: 10 4_    Face to face interview ☑ Yes ☐ No    If not, reason:

If not face to face was I-M/P scheduled for a face to face psychiatry interview☐ Yes ☐ No   If not reason:

Patient Identification: 42 y.o AA ♂ ( DOB 5/20/63 )

**Subjective:** IM on "protest hunger strike" for claimed "incommunicado status" - says ∅ mail x _ if states he wants his meds, that he is not suicidal, that he is doing this so he can get a hearing regarding his alleged claims of _ _

**Objective:** fs alert & oriented — claims AN, but not bothered _ firmly denies SI/HI _ Does not appear to be delusional no clear cut thought disorder — respectful & cooperative

Are consents current? ☑ Yes ☐ No                    KEYHEA ? Yes (No)

Review of recent lab tests ☐ Yes ☑ No          KEYHEA BACKUP ORDER ? Yes (No)

- if I/M is on mood stabilizers, date of last lab results in UHR:

- Labs are to be ordered every 6 mos.; if not, state the rationale :          } NA

- If last results were abnormal, what action needs to be taken:

- Review of other lab tests and new mood stabilizers tests ordered:

**Assessment:**

Diagnosis: 309.0

Response to current medication regimen:
status good from 4 standpoint — protest may be _ aforementioned if appropriate

**Plan:** ☑ Continue current psych med regimen    ☐ Revise current psych med regimen
RATIONALE for revising/continuing medication regimen:

Other Comments :

Education:

NAME SIGNED & PRINTED : _____    N.S. WHITE, M.D.

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES
MH-3 [26 March 2001]
Confidential Client/Patient Information
See W.&.I Code, Section 5328

LEVEL OF CARE:

Last Name: Morris
First Name: Leon
DOB:
Date:
CDC#: P54809

P s y c h i a t r y    N o t e

State of California    Department of Corrections    Salinas Valley State Prison    CCCMS/Ad Seg

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

Weekly Clinical Monitoring

| | |
|---|---|
| Date 8/30/05 | Location: Cell Front ☐ Out of Cell ☐ Other: |
| Time: 1000 | Issues Discussed: "I need my meds adjusted" |

**S**

Out of Cell Interview :    Offered    (Declined)    Indicated

Recent Stressors:    (None Reported)    Reported:

I/M's Perception of Psychological Condition:    (Stable)    Remitting    Deteriorating

Comment:

**O**

Mental Status Exam:
Appearance:    (Appropriate)    Other:

Hallucinations:    (None)    Auditory    Visual    Olfactory    Tactile
                        Content:

Thought Processes: (Organized)    Disorganized    Derailment    Pressured
Thought Content: (Appropriate)    Obsessions    Delusions    Phobias    Bizarre
                        Content:                         mild

Mood:    Euthymic    Angry    Anxious    (Depressed)    Other
Affect:    Animated    (Reactive)    (Flat)    Agitated
Comment:

**A**

Suicide Evaluation:
Ideation:    (Absent)    Present
Impulses:    (Absent)    Present
Intent:    (Absent)    Present
Potential:    (Minimal)    Mild    Moderate    Severe
Comment:

Medication Review:
Meds Prescribed:    (Yes)    No    I/M refusing psych meds
I/M's perception of effectiveness:    None    (Partial effect)    Fully effective
Adverse Effects:    (None)
Comment:

**P**

Summary and Plan:
Remission    (Stable)    Deteriorating
Schedule:    Office interview    Psychiatry Referral
(Continue weekly monitoring)
Comment:

**E**

Ducated for psychiatrist.

J. Gardi, Ed.
Clinical Psychologist

| | | |
|---|---|---|
| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name: MORRIS, LEON |
| | Ad   Seg | Date: |
| | | DOB: 9/25/52 |
| MH 3 [26 March 2001] | CCCMS | CDC # P54809 |

Confidential Client/Patient Information
See W & I Code, Section 5328

REC'D SEP 1 6 2005

State of California   Department of Corrections   Salinas Valley State Prison.   CCCMS/Ad Seg

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:   All Staff, Clinicians, Treatment Teams

Weekly Clinical Monitoring

| Date 8/26/05 Time: 1330 | Location: | Cell Front | Out of Cell | Other: |
|---|---|---|---|---|

**S**

Issues Discussed: *Yes Fill con out o talk now — to J. & Dr. Lee. Has prev. been on hunger str & would re talk to c*

Out of Cell Interview: (Offered) (Declined)   Indicated

Recent Stressors: (None Reported) Reported:

I/M's Perception of Psychological Condition: (Stable) Remitting  Deteriorating
Comment: *More so now*

**O**

Mental Status Exam:
Appearance: (Appropriate) Other:

Hallucinations: (None) Auditory  Visual  Olfactory  Tactile   *See MH3 - ooc of 8,*
Content:

Thought Processes: (Organized) Disorganized  Derailment  Pressured
Thought Content: (Appropriate) Obsessions  Delusions  Phobias  Bizarre
Content:

Mood:  Euthymic  Angry  Anxious  (Depressed) Other
Affect:  (Animated) Reactive  Flat  Agitated
Comment:

**A**

Suicide Evaluation:
Ideation: (Absent) Present
Impulses: (Absent) Present
Intent: (Absent) Present
Potential: (Minimal) Mild  Moderate  Severe
Comment:

Medication Review:
Meds Prescribed: (Yes)  No  I/M refusing psych meds
I/M's perception of effectiveness: (None) (Partial effect)  Fully effective
Adverse Effects: (None)
Comment:

**P**

Summary and Plan:
Remission  (Stable)  Deteriorating
Schedule:  Office interview  Psychiatry Referral
(Continue weekly monitoring)
Comment:

**E**

*J. Gardi, Ed. I Clinical Psychologist*

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name: MORRIS |
|---|---|---|
| | Ad Seg | First Name: LEON |
| MH 3 (26 March 2001) | CCCMS | Date: |
| | | DOB: 9/25/52 |
| Confidential Client/Patient Information See W & I Code, Section 5328 | | CDC # P54809 |

RECD SEP 0 9 2005

**Psych Tech Ad-Seg Clinical Rounds**    **Institution:** Salinas Valley State Prison

| Sunday | Monday | Tuesday |
|---|---|---|
| **Behavior** | **Behavior** | **Behavior** |
| Pacing   Alert   Asleep | Pacing   Alert   Asleep | Pacing   Alert   (Asleep) |
| **Mood** | **Mood** | **Mood** |
| Appropriate   Manic   Depressed | Appropriate   Manic   Depressed | Appropriate   Manic   Depressed |
| Anxious   Irritable   Angry | Anxious   Irritable   Angry | Anxious   Irritable   Angry |
| **Cognition/Speech** | **Cognition/Speech** | **Cognition/Speech** |
| Appropriate   Confused   Mute | Appropriate   Confused   Mute | Appropriate   Confused   Mute |
| Hallucinations   Delusional | Hallucinations   Delusional | Hallucinations   Delusional |
| **Personal Hygiene** | **Personal Hygiene** | **Personal Hygiene** |
| Good   Fair   Poor | Good   Fair   Poor | Good   Fair   (Poor) |
| **Cell Cleanliness** | **Cell Cleanliness** | **Cell Cleanliness** |
| Good   Fair   Poor | Good   Fair   Poor | Good   Fair   (Poor) |
| **Medication** | **Medication** | **Medication** |
| Compliant   Non-compliant   Side Effects | Compliant   Non-compliant   Side Effects | Compliant   Non-compliant   Side Effects |
| Notes: | Notes: | Notes: |
| | | JAN 1 0 2006 |
| Signature:   Date: 1-8-06 | Signature:   Date: | Signature:   Date: |

| Wednesday | Thursday | Friday |
|---|---|---|
| **Behavior** | **Behavior** | **Behavior** |
| Pacing   Alert   Asleep | Pacing   Alert   Asleep | Pacing   Alert   Asleep |
| **Mood** | **Mood** | **Mood** |
| Appropriate   Manic   Depressed | Appropriate   Manic   Depressed | Appropriate   Manic   Depressed |
| Anxious   Irritable   (Angry) | Anxious   Irritable   (Angry) | Anxious   Irritable   Angry |
| **Cognition/Speech** | **Cognition/Speech** | **Cognition/Speech** |
| Appropriate   Confused   (Mute) | Appropriate   Confused   (Mute) | Appropriate   Confused   Mute |
| Hallucinations   Delusional | Hallucinations   Delusional | Hallucinations   Delusional |
| **Personal Hygiene** | **Personal Hygiene** | **Personal Hygiene** |
| Good   Fair   (Poor) | Good   Fair   (Poor) | Good   Fair   (Poor) |
| **Cell Cleanliness** | **Cell Cleanliness** | **Cell Cleanliness** |
| Good   Fair   (Poor) | Good   Fair   (Poor) | Good   Fair   Poor |
| **Medication** | **Medication** | **Medication** |
| Compliant   Non-compliant   Side Effects | Compliant   Non-compliant   Side Effects | Compliant   Non-compliant   Side Effects |
| Notes: | Notes: | Notes: |
| JAN 1 1 2006 | JAN 1 2 2006 | JAN 1 3 2006 |
| Signature:   Date: | Signature:   Date: | Signature:   Date: |

| Saturday | Medications | Weekly Activity |
|---|---|---|
| **Behavior** | On Psych Meds?: | |
| Pacing   Alert   Asleep | | Crossword Puzzle |
| **Mood** | | (Word Search) |
| Appropriate   Manic   Depressed | | |
| Anxious   Irritable   Angry | | Picture Find |
| **Cognition/Speech** | | |
| Appropriate   Confused   Mute | | |
| Hallucinations   Delusional | | |
| **Personal Hygiene** | | |
| Good   Fair   Poor | | |
| **Cell Cleanliness** | | |
| Good   Fair   Poor | | |
| **Medication** | | |
| Compliant   Non-compliant   Side Effects | | |
| Notes: | | |
| Signature:   Date: 1-14-06 | | |

| Mental Health Interdisciplinary Progress Notes | Level Of Care | Name: MORRIS, LEON |
|---|---|---|
| | Ad-Seg | LOC: |
| MH3 | CCCMS | CDC: P54809 |
| | EOP | House: FDB8T2000000232L |

REC'D FEB 0 1 2006

| Sunday | | | Monday | | | Tuesday | | |
|---|---|---|---|---|---|---|---|---|
| **Behavior** | | | **Behavior** | | | **Behavior** | | |
| Pacing | Alert | Asleep | Pacing | Alert | Asleep | Pacing | Alert | Asleep |
| **Mood** | | | **Mood** | | | **Mood** | | |
| Appropriate | Manic | Depressed | Appropriate | Manic | Depressed | Appropriate | Manic | Depressed |
| Anxious | Irritable | Angry | Anxious | Irritable | Angry | Anxious | Irritable | Angry |
| **Cognition/Speech** | | | **Cognition/Speech** | | | **Cognition/Speech** | | |
| Appropriate | Confused | Mute | Appropriate | Confused | Mute | Appropriate | Confused | Mute |
| Hallucinations | Delusional | | Hallucinations | Delusional | | Hallucinations | Delusional | |
| **Personal Hygiene** | | | **Personal Hygiene** | | | **Personal Hygiene** | | |
| Good | Fair | Poor | Good | Fair | Poor | Good | Fair | Poor |
| **Cell Cleanliness** | | | **Cell Cleanliness** | | | **Cell Cleanliness** | | |
| Good | Fair | Poor | Good | Fair | Poor | Good | Fair | Poor |
| **Medication** | | | **Medication** | | | **Medication** | | |
| Compliant | Non-compliant | Side Effects | Compliant | Non-compliant | Side Effects | Compliant | Non-compliant | Side Effects |
| Notes: | | | Notes: | | | Notes: | | |
| Signature: | Date: 12-18-05 | | Signature: | Date: 12-19-05 | | Signature: | Date: 12-20-05 | |

| Wednesday | | | Thursday | | | Friday | | |
|---|---|---|---|---|---|---|---|---|
| **Behavior** | | | **Behavior** | | | **Behavior** | | |
| Pacing | Alert | Asleep | Pacing | Alert | Asleep | Pacing | Alert | Asleep |
| **Mood** | | | **Mood** | | | **Mood** | | |
| Appropriate | Manic | Depressed | Appropriate | Manic | Depressed | Appropriate | Manic | Depressed |
| Anxious | Irritable | Angry | Anxious | Irritable | Angry | Anxious | Irritable | Angry |
| **Cognition/Speech** | | | **Cognition/Speech** | | | **Cognition/Speech** | | |
| Appropriate | Confused | Mute | Appropriate | Confused | Mute | Appropriate | Confused | Mute |
| Hallucinations | Delusional | | Hallucinations | Delusional | | Hallucinations | Delusional | |
| **Personal Hygiene** | | | **Personal Hygiene** | | | **Personal Hygiene** | | |
| Good | Fair | Poor | Good | Fair | Poor | Good | Fair | Poor |
| **Cell Cleanliness** | | | **Cell Cleanliness** | | | **Cell Cleanliness** | | |
| Good | Fair | Poor | Good | Fair | Poor | Good | Fair | Poor |
| **Medication** | | | **Medication** | | | **Medication** | | |
| Compliant | Non-compliant | Side Effects | Compliant | Non-compliant | Side Effects | Compliant | Non-compliant | Side Effects |
| Notes: | | | Notes: | | | Notes: | | |
| Signature: | Date: 12-21-05 | | Signature: | Date: 12-22-05 | | Signature: | Date: 12-23-05 | |

| Saturday | | | **Medications** | **Weekly Activity** |
|---|---|---|---|---|
| **Behavior** | | | On Psych Meds?: | |
| Pacing | Alert | Asleep | | Crossword Puzzle |
| **Mood** | | | | |
| Appropriate | Manic | Depressed | | Word Search |
| Anxious | Irritable | Angry | | |
| **Cognition/Speech** | | | | Picture Find |
| Appropriate | Confused | Mute | | |
| Hallucinations | Delusional | | | |
| **Personal Hygiene** | | | | |
| Good | Fair | Poor | | |
| **Cell Cleanliness** | | | | |
| Good | Fair | Poor | | |
| **Medication** | | | | |
| Compliant | Non-compliant | Side Effects | | |
| Notes: | | | | |
| Signature: | Date: 12-24-05 | | | |

| Mental Health Interdisciplinary Progress Notes | Level Of Care | Name: MORRIS, LEON |
|---|---|---|
| | Ad-Seg | LOC: |
| MH3 | CCCMS | CDC: P54809 |
| | EOP | House: FDB8T,2000000232L |

REC'D

3/2/06     CTC Medical Records          Morris          P54809

D-8-232L     232L          N/A

Would you call me to get some copies of my mental health records. I got some la:
year, sent them to the court, but these nefarious guards stole them and the court
never got them. So I urgently need to pick out the ones I sent and send them
again. This is my third request.

Affidavit of Plaintiff Leon E. Morris

I, Leon E. Morris write this affidavit in good faith and all honesty, in accordance to chapter 5 § 144 of Federal Rules of Civil Procedure: Bias or Prejudice of Judge.

I, Leon E. Morris, truly and firmly believe that District Court Judge Martin J. Jenkins, has a personal bias and is prejudice against me. I also truly and firmly believe that he favors the defendants.

My belief is based on these irrefutable facts. 1.) In 2002, I filed a 42 U.S.C. § 1983 against several green wall gang member prison guards and officers. District Court Judge Martin J. Jenkins dismissed it for failure to state a claim, when I clearly stated a claim of retaliation. Now I've filed an on 42 U.S.C. § 1983 and he denied my motion for Informa Pauperis, stating that I have three (3) strikes under 28 U.S.C. § 1915 (g). If a case or claim is frivolous, malicious or fails to state a claim, it can be dismissed. He used the case he dismissed in 2002 - failure to state a claim; a 1998 case that was dismissed for lack of juris-diction and a 9th Cir. appeal that was dismissed for lack of jurisdiction. He used Andrews v. King, 398 F.3d 1121 (9th Cir. 2005) to use sua sponte. The 9th Cir. in the Andrews case said, at B. The Meaning of a "Strike" *1121 district court nonetheless determined that the Ninth Circuit's dismissal of an appeal for lack of jurisdiction constitutes a strike please go away you demons under § 1915 (g). We disagree with this approach.

Judge Martin J. Jenkins, know the 9th Cir. say lack of jurisdiction ain't no strike. But he use it anyway. Which show his bias, prejudice a favor for the defendants. Because of those facts I humbly request he proceed no further and let some one else have this case, and he step aside.

I, Leon E. Morris do hereby swear that the statements of this affidavit, is true, correct and submitted in good faith.

A. L. WILLIAMS
Commission # 1556154
Notary Public - California
Monterey County
My Comm. Expires Mar 3, 2009

SIGNATURE

Leon Eugene Morris
PLAINTIFF SIGNATURE
August 19, 2006
DATE

NOTARY PUBLIC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEON EUGENE MORRIS
              Plaintiff,

v.

Fmr. Dir. Jeanne Woodford, et. al.
                    Defendants.

No. C-07-4198 MJJ
                (PR)

CERTIFICATE OF
COUNSEL

In conformance with The Federal Rules of Civil Procedure §144. I am the pro-se counsel of record in the above noted case No. C-07-4198 MJJ(PR). And I humbly submit that the attached affidavit of plaintiff Leon Eugene Morris has been made in good faith.

DATED: August. 15, 2007

Leon Eugene Morris
PRO SE PLAINTIFF / COUNSEL

## [§ 142.  Repealed.  Pub.L. 97–164, Title I, § 115(c)(3), Apr. 2, 1982, 96 Stat. 32]

### HISTORICAL AND STATUTORY NOTES

Section. Acts June 25, 1948, c. 646, 62 Stat. 898; Oct. 9, 1962, Pub.L. 87–764, 76 Stat. 762; Nov. 19, 1977, Pub.L. 95–196, 91 Stat. 1420, related to the providing of accommodations at places for holding court. See section 462 of this title.

#### Effective Date of Repeal

Repeal effective Oct. 1, 1982, see section 402 of Pub.L. 97–164, set out as an Effective Date of 1982 Amendment note under section 171 of this title.

#### Waiver of Limitations and Restrictions

The limitations and restrictions contained in this section prior to its repeal were waived with respect to the holding of court at certain places by the following Acts:

Pub. L. 87-833, Oct. 15, 1962, 76 Stat. 959, related to Akron, Ohio.

Pub. L. 87-699, Sept. 25, 1962, 76 Stat. 598, related to Richland, Washington.

Pub. L. 87-562, §4, July 30, 1962, 76 Stat. 248, related to Fort Meyers, Saint Petersburg, Fort Pierce, and West Palm Beach, Florida.

Pub. L. 87-560, July 27, 1962, 76 Stat. 247, related to Marshall, Texas.

Pub. L. 87-559, July 27, 1962, 76 Stat. 246, related to Decatur, Alabama.

Pub. L. 87-553, July 27, 1962, 76 Stat. 222, related to Winchester, Tennessee.

Pub. L. 87-551, July 27, 1962, 76 Stat. 221, related to Bridgeport, Connecticut.

Pub. L. 87-337, Oct. 3, 1961, 75 Stat. 750, related to Lafayette, Louisiana.

Pub. L. 87-36, §3(g), May 19, 1961, 75 Stat. 83, related to Kalamazoo, Michigan; Fayetteville, North Carolina; and Dyersburg, Tennessee.

Pub. L. 86-366, Sept. 22, 1959, 73 Stat. 647, related to Durant, Oklahoma.

Act July 20, 1956, c. 657, 70 Stat. 594, related to Bryson City, North Carolina.

Act Sept. 23, 1950, c. 1006, 64 Stat. 982, related to Klamath Falls, Oregon.

Act Aug. 21, 1950, c. 767, 64 Stat. 469, related to Newnan, Georgia.

Act Aug. 10, 1950, c. 675, § 2, 64 Stat. 438, related to Rock Island, Illinois.

Act Oct. 26, 1949, c. 744, 63 Stat. 923, related to Thomasville, Georgia.

Act Oct. 26, 1949, c. 740, 63 Stat. 921, related to Brunswick, Georgia.

## § 143.  Vacant judgeship as affecting proceedings

When the office of a district judge becomes vacant, all pending process, pleadings and proceedings shall, when necessary, be continued by the clerk until a judge is appointed or designated to hold such court. (June 25, 1948, c. 646, 62 Stat. 898.)

## § 144.  Bias or prejudice of judge

Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.

The affidavit shall state the facts and the reasons for the belief that bias or prejudice exists, and shall be filed not less than ten days before the beginning of the term at which the proceeding is to be heard, or good cause shall be shown for failure to file it within such time. A party may file only one such affidavit in any case. It shall be accompanied by a certificate of counsel of record stating that it is made in good faith. (June 25, 1948, c. 646, 62 Stat. 898; May 24, 1949, c. 139, § 65, 63 Stat. 99.)

## CHAPTER 6—BANKRUPTCY JUDGES

Sec.
151.  Designation of bankruptcy courts.
152.  Appointment of bankruptcy judges.
153.  Salaries; character of service.
154.  Division of business; chief judge.[1]
155.  Temporary transfer of bankruptcy judges.
156.  Staff; expenses.
157.  Procedures.
158.  Appeals.

[1] So in original. Does not conform to section catchline.

### HISTORICAL AND STATUTORY NOTES

#### Codifications

Chapter heading and section analysis of chapter 6, as added by Pub.L. 95-598, Title II, § 201(a), Nov. 6, 1978, 92 Stat. 2657, and amended Pub.L. 97–164, Title I, § 110(d), Apr. 2, 1982, 96 Stat. 29, effective June 28, 1984, pursuant to Pub.L. 95–598, Title IV, § 402(b), Nov. 6, 1978, 92 Stat. 2682, as amended by Pub.L. 98–249, § 1(a), Mar. 31, 1984, 98 Stat. 116; Pub.L. 98–271, § 1(a), Apr. 30, 1984, 98 Stat. 163; Pub.L. 98–299, § 1(a), May 25, 1984, 98 Stat. 214; Pub.L. 98–325, § 1(a), June 20, 1984, 98 Stat. 268, set out as a note preceding section 101 of Title 11, Bankruptcy, read as follows:

#### CHAPTER 6—BANKRUPTCY COURTS

Sec.
151.  Creation and composition of bankruptcy courts.
152.  Appointment of bankruptcy judges.
153.  Tenure and residence of bankruptcy judges.

Office of The Clerk U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, CA 94102

SI

June 17, 2008

Dear Clerk,
   Please send me a stamped filed copy of the face
sheet along with a reciept for the filing fee.
Thank you very much... .

Sincerely,
Leon E. Morris

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021379
Cashier ID: sprinka
Transaction Date: 07/16/2008
Payer Name: LEON MORRIS
------------------------------------
CIVIL FILING FEE
 For: LEON MORRIS
 Case/Party: D-CAN-3-08-CV-003435-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 12532927465
 Amt Tendered: $350.00
------------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00

SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.



Leon C. Morris 1 J4807
A
Folsom California State Prison
P.O. Box 29
Represa, CA 95671-0066

Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, CA 94102