UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON EUGENE MORRIS, | No. C 08-3435 SI (pr) |
| Plaintiff, | **ORDER REGARDING SERVICE OF PROCESS** |
| v. | |
| J. WOODFORD, Former Director; et al., | |
| Defendants. / | |

Several months ago, the court issued an Order Of Service And Partial Dismissal in which it explained that plaintiff, rather than the U.S. Marshal, had to tend to serving the summons and amended complaint on the defendants because he was not proceeding as a pauper. (As a frequent filer subject to 28 U.S.C. §1915(g), plaintiff had paid the full filing fee.) The court ordered plaintiff to "(1) file proofs of service showing that he has served the summons and amended complaint on each of the three defendants in the religious freedom claims or (2) show cause why this action should not be dismissed for failure to serve process within 120 days of the filing of the complaint. See Fed. R. Civ. P. 4(l)-(m)." Order Of Service And Partial Dismissal, p. 5.

On February 2, 2010, proofs of service were filed that stated that someone in Kansas City, Missouri had mailed to each of the three defendants a "court summons" and a "complaint." Docket # 9. Defendants never responded. Their non-response is not surprising, as the effort to serve process was defective.

Under Federal Rule of Civil Procedure 4(e), an individual defendant may be served with process by "(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made," or

"(2) doing any of the following: (A) delivering a copy of the summons and of the complaint to the individual personally; (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or (c) delivering a copy of each to an agent authorized by appointment or by law to receive service of process." Fed. R. Civ. P. 4(e). Service by mail is not allowed under the federal rule. Although the federal rule allows a plaintiff to utilize methods allowed by state law, California law does not allow for service of process by simply mailing a copy of the summons and complaint to a defendant. Instead, if one wants to try to use the mail for service in California, he must use the specific notice and acknowledgment of receipt procedure described in California Code of Civil Procedure § 415.30. Under that method, the following must be mailed first class to each defendant by someone other than the plaintiff: (a) a copy of the summons and amended complaint, (b) two copies of the notice and acknowledgment form, and (3) a return envelope, postage prepaid, addressed to the sender. If a defendant mails back the form, service is deemed complete upon his execution of the written acknowledgment of receipt of summons. Cal. Code Civ. Proc. § 415.30(c). If a defendant does not mail back the form within 20 days, the plaintiff must serve him by some other means, id. at at § 415.30(d), such as one of those methods permitted by Federal Rule of Civil Procedure 4(e).

The method employed by plaintiff to accomplish service of process was defective. Defendants have not been served properly. Plaintiff will be given one more chance to accomplish service of process. No later than **July 7, 2010**, plaintiff must file proofs of service showing that the summons and amended complaint were successfully served on each of the three defendants. If he attempts to use the notice and acknowledgment of receipt procedure, and one or more defendants do not mail back the forms, he must show that he has used another method to accomplish service of process by the deadline. Failure to file proof by the deadline that service of process was successfully accomplished will result in the dismissal of this action or any unserved defendant.

The clerk shall issue a replacement summons for each of the three defendants (i.e., sergeant Mercado, correctional officer G. Bailey, and correctional officer T. Robinson), all of

whom apparently work at Salinas Valley State Prison, and shall send those summonses to plaintiff for his use in service of process.

IT IS SO ORDERED.

Dated: April 27, 2010

_____
SUSAN ILLSTON
United States District Judge