UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON EUGENE MORRIS, | No. C 08-3435 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| J. WOODFORD, Former Director; et al., | |
| Defendants. | |

This action is dismissed because plaintiff failed to timely serve process on the defendants.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 22, 2011

_____
SUSAN ILLSTON
United States District Judge