UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON EUGENE MORRIS, | No. C 08-3435 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| J. WOODFORD, Former Director; et al., | |
| Defendants. | |

On February 22, 2011, this action was dismissed because plaintiff had failed to timely serve process on defendants. Plaintiff's motion to enlarge or extend the time to serve defendants with process is DENIED. (Docket # 16.)

IT IS SO ORDERED.

Dated: April 19, 2012

SUSAN ILLSTON
United States District Judge